UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON DIVISION)

| | | |
|---|---|---|
| TARYN CAMARA, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | C.A. No. 1:21-cv-10117-RWZ |
| | : | |
| CITY OF FALL RIVER, by and Through | : | |
| Its Treasurer, Ian P. Schachne; | : | |
| FALL RIVER EDUCATORS' | : | |
| ASSOCIATION, INC.; and | : | |
| MASSACHUSETTS TEACHERS | : | |
| ASSOCIATION, | : | |
|     Defendants. | : | |

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME TO EFFECTUATE SERVICE OF PROCESS ON DEFENDANT MICHAEL SUPLEE**

The undersigned, being duly sworn, upon oath deposes and states the following.

1. I am the attorney of record for Taryn Camara ("Plaintiff"), and I have personal knowledge of the facts set forth in this affidavit.

2. On January 22, 2021, Plaintiff filed a Complaint (Doc. No. 1), which she amended on February 10, 2021 (Doc. No. 5) and again on November 19, 2021 to include Defendant Suplee (Doc. No. 27).

3. After filing the Amended Complaint on November 19, 2021, I retained the services of the Bristol County Sheriff's Department to serve Defendant Suplee.

4. The Bristol County Sheriff's Department represented to me that it properly served Suplee on December 2, 2021, and it returned the executed summons to me, which I filed with the Court on December 9, 2021 (Doc. No. 30).

5. When I received the returned summons from the Bristol County Sheriff's Department, I believed in good faith that the Summons and Complaint had been served properly on Defendant Suplee – based on its representation.

6. Because I mistakenly believed that Defendant Suplee was properly served and failed to plead and otherwise defend, Plaintiff moved the Court for an Entry of Default on December 28, 2021 (Doc. No. 33), which the Clerk entered the same day (Doc. No. 34).

7. On January 6, 2022, Plaintiff moved the Court for an Entry of Default Judgment (Doc. No. 36) once again under the mistaken belief that Defendant Suplee had been served properly.

8. On February 24, 2022, the Court denied Plaintiff's Motion for a Default Judgment on the grounds that Defendant Suplee was not properly served (Doc. No. 42).

9. Upon further inquiry, I learned that the Bristol County Sheriff's Department failed to serve Defendant Suplee in person, but rather, by leaving a copy of the Complaint and Summons at his last known address, which appears to be inaccurate.

10. Plaintiff has since retained the services of a private investigator to locate Defendant Suplee so he can be served properly – in-person.

11. I mistakenly believed that Defendant Suplee was properly served with the Summons and, therefore, the Application for Entry of Default and Motion for Default Judgment were not filed with the Court in bad faith, but rather, as a result of that mistaken belief.

_____
Mark P. Gagliardi (MA BBO#657622)

LAW OFFICE OF MARK P. GAGLIARDI
201 Wayland Avenue, Suite 8
Providence, RI 02906
(401) 277-2030
(401) 487-6666 (cell)
(401) 277-2021 (fax)
mark@markgagliardilaw.net

Subscribed and sworn to me before this 11th day of March, 2022.

_____
Notary Public

**CERTIFICATION OF SERVICE**

I hereby certify that on this **11**th day of March 20**22**, I filed electronically this document with the United States District Court for the District of Massachusetts (Boston Division) and, therefore, all counsel of record have received notice electronically.

/s/Mark P. Gagliardi
Mark P. Gagliardi