# Mission Statement

The mission of the Fall River Public Schools is to provide a value-added, high quality, all-encompassing educational experience, ensuring preparation for successful transition to college and/or career, so that all students will attain their fullest potential and become responsible members of society. We are committed to educating in a respectful, safe, healthy, and supportive environment that links students, parents, and staff as a community of lifelong learners and capable problem-solvers.

As we endeavor to accomplish our educational mission, we also strive for inclusiveness. Not only do we prohibit discrimination of any kind – based upon race, color, sex, gender identity, religion, national origin, sexual orientation, homelessness, or disability – we proactively reach out to all students to ensure that active participation in all curricular and extracurricular programs is representative of our diverse student population. Equal educational opportunity is not only a legal requirement, but something we earnestly pursue.

