# FALL RIVER PUBLIC SCHOOLS

*"The Scholarship City"*
417 Rock Street, Fall River, MA 02720

*Matthew H Malone, Superintendent*

June 10, 2020

Ms. Taryn  McCue Camara a.k.a. Taryn Lopes Camara a.k.a. Taryn Camara
55 Bigelow Street
Fall River, MA 02720

Re: Notice of Termination

Dear Ms. Camara:
Pursuant to Massachusetts General Laws, Chapter 71, Section 42, I am hereby notifying you of my intent to terminate you as a teacher at the Matthew J. Kuss Middle School and the Fall River Public Schools for conduct unbecoming a teacher to wit: for making and posting racist and bigoted statements on the social media platform, Facebook. You have admitted that your comments and postings damaged the reputation of the Fall River School District. This termination will become effective at the close of business day on June 24, 2020.

The specific grounds for the decision to terminate you are detailed in Facebook screenshots made on your Facebook page and your written Statement submitted June 8, 2020, which are attached hereto and incorporated herein as Exhibits "A" and "B".

Specifically, on June 5, 2020 you posted on your Facebook Page the following:

> *"There is one supreme race and gender and that is the white man – I also can't help but notice that[sic] race and gender with[sic] the ones leading most of the riots! Lastly if you look at the stats more black men have died from other black men than white men – so there lies two problems! But there are far more inequalities that will never change!"* **(Exhibit "C")**

In accordance with M.G.L. c 71 Section 42, you have the right to respond to the above grounds for dismissal, to review this decision with me and to present information pertaining to the basis for the termination decision and to your status as a teacher in the Fall River School Department within ten (10) school days after receiving this notice. You may be represented by your attorney or other representative at such a meeting.

Copies of the below listed documents are attached hereto and incorporated herein by reference:

Exhibit "A"    Facebook Screenshots-Taryn Lopes Camara Facebook Page.
Exhibit "B"    Statement of Taryn Lopes Camara – June 5, 2020.
Exhibit "C"    Facebook Screenshot – June 5, 2020, Taryn Lopes Camara Facebook Page
Exhibit "D"    Email from Dorian Frenette/Community Member – June 8, 2020.
Exhibit "E"    Message from Community Member – June 5, 2020.
Exhibit "F"    Email from Michael Middleton – June 5, 2020.

# FALL RIVER PUBLIC SCHOOLS

*"The Scholarship City"*

417 Rock Street, Fall River, MA 02720

*Matthew H Malone, Superintendent*

Exhibit "G"   Facebook Social Meeting Posts from Community Members.
Exhibit "H"   Social Networking Policy of the Fall River Public Schools.
Exhibit "I"   Acknowledgment of Receipt of Social Networking Policy of the Fall River Public
              Schools by Taryn McCue Camara.
Exhibit "J"   Copy of Massachusetts General Laws Chapter 71 Section 42.

Cordially,

Matthew H. Malone
Superintendent
Fall River Public Schools

Enclosures:
Exhibits "A" "B" "C" "D" "E" "F" "G" "H" "I" and "J".

Cc:   Human Resources Department
      Personnel File
      Superintendent

# EXHIBIT A

 **Michelle Plante Murray**
Candace is amazing! Knew when she didn't respond immediately that she was doing her homework as usual, and not responding emotionally like so many are.

47m   Like   Reply    1

**Taryn Lopes Camara**
Michelle Plante Murray be careful when you support Candace you get accused of hate speaking–white supremacy, etc! Funny this post got a lot of attention–but very little was given to the 6 African American cops that were killed–everyone wants them narrative to be negative–Candace is amazing! Love her!

43m   Like   Reply

 **Michelle Plante Murray**
Taryn Lopes Camara I know it's ridiculous. Proud of you for sharing, I wanted to share yesterday, but knew it would start a debate that I don't have the patience to deal with. I pray that the result of this nightmare/war is what it should be, but I'm losing hope:(

 Write a comment... 

**Keith Michon Jr.**
**Taryn Lopes Camara** I couldnt continue watching her insensitive, white supremacist narrative that I hear all too often from the right. I'm not black but I can recognize injustice when I see it. I can also give first hand accounts of police brutality against people of color and receiving very different treatment when I've had similar interactions with the police. I can also recognize racist laws and policies that exist throughout our country. I can also recognize that statistically the black community has problems as she stated, but unlike Candice Owen's, I can compassionately acknowledge those problems and see the impact that oppression has had on that community.

2h   Like   Reply

**Taryn Lopes Camara**
**Keith Michon Jr.** and oppression will continue with that narrative-guess we will agree to disagree my friend. And Candace Owens is far from a White Supremacist! 🐒 -

2h   Like   Reply

**Keith Michon Jr.**
**Taryn Lopes Camara** she may not be a white supremacist but she promotes their narrative. This is not the time to be blaming the black community. Very insensitive post and offers no benefit to the community.



And again, words are my work, so "race" is another misnomer. Many evolutionary biologists and cultural anthropologists would argue there is only one race, the human race. The earliest Homo sapiens appeared roughly 1.5 million years ago and "they" had dark skin.

56m    Like    Reply



**Taryn Lopes Camara**
There is one supreme race and gender and that is the white man-I also can't help but notice that race and gender were the ones leading most of the riots! Lastly if you look at the stats more black men have died from other black men than white men-so there lies two problems! But there are far more inequalities that will never change!

37m    Like    Reply



**Jesse Cohen**
This can't be real? Did someone hijack your page? Not even close to funny.

4m    Like    Reply



**Michael Thornton**
Do you really believe this statement?

Just now    Like    Reply

Keith Michon Jr. again agree to disagree! The narrative to make one race less than another continues I guess! 

2h   Like   Reply                    1 😩

 Write a reply...

**Michael Thornton**
 I don't think you are the authority on what will and will not help black Americans. There are plenty of people of all colors who despise racism, think confederate statues should never have been put up, and who have witnessed racism.

2h   Like   Reply

 **Taryn Lopes Camara**
Michael Thornton me? Where did I say anything about me having authority–

2h   Like   Reply

 **Michael Thornton**
It was your last sentence. I don't think anyone wants to see violence, but when you have a community that is constantly harassed and sometimes even murdered by police, sometimes people have had enough. Also, it doesn't help when the president tear gases and assaults a peaceful protest just so he can take his bible picture to try to hoodwink supporters into thinking he has strong moral character. He has done very little to try to

Many saints and martyrs were sinners first, but
people forget.

1h   Like   Reply

View 8 previous replies...

 **Taryn Lopes Camara**
Jesse Cohen the statement that a white
straight man is held in the highest regard?
yes I do see that everyday!
That black men kill more black men? Yes I
also know that is true! Lastly the riots that
were held after a peaceful protest had a lot of
white people mixed in! I am a strong woman
but eyes are wide open to the many
inequalities!

10m   Like   Reply

 **Taryn Lopes Camara**
Jesse Cohen why do you think I always say
I'm coming back as a man in my next life?

4m   Like   Reply

 **Jesse Cohen**
Taryn Lopes Camara The way that first
sentence is constructed it came across to me
like your opinion which would be very
alarming. I'm glad I was confused.

Just now   Like   Reply

 Write a reply...

1h   Like   Reply

View 9 previous replies...

**Taryn Lopes Camara**
Jesse Cohen why do you think I always say
I'm coming back as a man in my next life?

12m   Like   Reply

**Jesse Cohen**
Taryn Lopes Camara The way that first
sentence is constructed it came across to me
like your opinion which would be very
alarming. I'm glad I was confused.

8m   Like   Reply

**Taryn Lopes Camara**
Jesse Cohen facts-not opinion-and as you
know-it doesn't stop me from being the
strong woman that I am!😂

4m   Like   Reply

Write a reply...

**Carolyn O'Brien**
What courage this woman has........

1h   Like   Reply

**Taryn Lopes Camara**
Carolyn O'Brien she will be threatened next
week and her life will be in danger by a white

ass. I hope she gets what's coming to her.

1d    Like    Reply                                    2

 **Taryn Lopes Camara**
For the record if you know me you will know that my choice of words and punctuation were misunderstood! This is far from what I meant! The fact it was a screen shot from an entire thread shows how bad this world is-before you are ready to judge and make assumptions about someone talk to the person! This was Completely misunderstood and taken out of context from someone that wanted to rip my character apart-shame on you! I messaged you Mike-maybe you should have the nerve to talk to me before spreading lies! I am a human-not a racist! A strong woman who-has no problem admitting her false and standing g up to bully's! Anyone in this thread wants to know this was quickly edited because I realized my choice of words sounded like my opinion! I was pointing out the unfairness! Again those that know me would know that!

1d    Like    Reply                                    😠 8

View 25 previous replies...

 **Alyssa Jade Grillo** Taryn Lopes Camara so...

 **Alyssa Jade Grillo** Mike Suplee that's even...

Write a comment               



Taryn Lopes Camara

**VIEW PROFILE**

JUN 05, 3:45 PM

That post you took upon yourself to copy was not my intent! I am far from a racist or a nazi! It is a sad day when words get shared without knowing the person! I do not believe the white man is the supreme race but the man does get more respect then another race and gender which is one of the many inequalities going on in the world! Portraying me I. This light and sharing it without talking to me is the problem with this current world!

If you reply, Taryn will be able to call you and see information like your Active Status and when you've read messages.

**I don't want to hear from Taryn**

FullSizeRender.jpg



:ps://mall.google.com/mail/u/0/#inbox/FMfcgxwHNgIdvIlkNcBnGhVbIOlFkinC?projector=1

# EXHIBIT B

## <u>Taryn Camara Statement Submitted June 8, 2020</u>

On Friday, June 5, 2020, I shared a post on Facebook. The post stirred some discussion. Within that post I made a comment to the extent that we have not progressed in history and those inequalities still exist in our society. This thread continued. I then made a comment to address that I also believe inequality still exists in our society toward minorities as well as females. This is when the problem began. I utilized voice to text because I was multitasking and submitted it. The voice to text eliminated words that would have made my post clearer. My point was to make a comment to state my feelings that inequalities do still exist in our society. Being the fact that I was under my own page and my own post I did not think to re-read or analyze it. In no way was my comment meant to be insulting or insensitive to any race or gender. Since it was addressing what another commenter was pointing out.

Approximately an hour or so later I returned to see I had a number of comments under that thread asking me "This is not how you really feel"? or "You are not in a position to speak this way." Etc. At that time I was unsure what they were questioning. So I began to discuss the original post which was the words of Candace Owens, *"These are the words of someone who has the right to speak. Everyone else just be a good person-wash your hands and don't touch your face! (wear the mask if you want) But for the love of God stop-making judgements and accusations-"listen „ That is how you can help BLACK America."* I then was directed to go back to the specific words that now have been aired all over social media. But being an English teacher I knew how some words could be interpreted wrongly and it did not express my full intent. My comment was misconstrued by others and I was horrified. That being said I immediately corrected my words. I carefully made my point clear. Then I repeated them separately in that thread and answered each of the questions. My response was that I do feel that all of us in society face their own challenges. I also said this is what makes it difficult to move forward and that inequalities still exist in society.

For the record, I have sat since Friday night saying very little to defend myself, my character, my position as a teacher, mother, wife and daughter. I have sat in fear that my words were being twisted. My only attempt to try to mediate the situation is when I was alerted by a former colleague that my un-edited words

were being shared and he knew that this did not represent me. It was then I saw that somehow this person had screenshot or was given a scree shot of my unedited words. These unedited words were completely out of context because it did not contain the original thread. I then went back to the post so I could screen shot the entire thread and it was then I realized it had been removed. I was unsure how something on my post could be removed but realized since it was a comment under a comment I reached out to the person to see if she deleted it and she had. So I had no evidence of my edit or my back and forth with friends and colleagues about it.

I then tried to reach out to this unknown person and I privately messaged him in hopes that he would talk with me and I could express over the phone the intent and to have him stop spreading this lie. That led to more shares and I knew then silence was the only thing that was going to protect my family, my reputation and my district. My unedited words have been shared so many times I can't count. I have sat silent and unable to explain myself in fear of retaliation that I am looked at as a racist.

I, Taryn Lopes Camara am not a racist. I have served over 20 years in the Fall River School District serving a diverse population of students and students of great needs. I am a strong woman and I stand up for my students and families no matter what their color or gender is. I have worked with diverse group of teachers and all would attest to the fact that I have never made them feel uncomfortable or that I feel as a white woman I am superior. My involvement within the community and my actions has always been a positive force. Being a strong woman I also have proven I do not in any way feel that there is a superior race nor am I submissive to a man because I believe that they are supreme. My unedited words that were completely out of context have portrayed me in a negative way. I deeply apologize for this. I have placed the district in a negative light because of this and I am heartfully sorry to all my colleagues, my students, my administrators that have been forced to question my integrity.

# **EXHIBIT C**

[Tony Hansen]
And again, words are my work, so
"race" is another misnomer. Many
evolutionary biologists and cultural
anthropologists would argue there is
only one race, the human race. The
earliest Homo sapiens appeared
roughly 1.5 million years ago and "they"
had dark skin.

56m    Like    Reply

**Taryn Lopes Camara**
There is one supreme race and gender
and that is the white man–I also can't
help but notice that race and gender
were the ones leading most of the riots!
Lastly if you look at the stats more
black men have died from other black
men than white men–so there lies two
problems! But there are far more
inequalities that will never change!

37m    Like    Reply

**Jesse Cohen**
This can't be real? Did someone hijack
your page? Not even close to funny.

4m    Like    Reply

**Michael Thornton**
Do you really believe this statement?

Just now    Like    Reply

# **<u>EXHIBIT D</u>**

6/8/2020                                                Mail - Taryn Lopes Camara #14082



Thomas Coogan <tcoogan@fallriverschools.org>

## Taryn Lopes Camara #14082

Fall River Public Schools <donotreply@k12-lets-talk.com>                    Mon, Jun 8, 2020 at 1:46 PM
To: tcoogan@fallriverschools.org



Dialogue is past due
Jun 08 at 1:46pm

_____

**Go to Dialogue**

**Dialogue Details**

**ORIGINAL MESSAGE**

**Taryn Lopes Camara**

This was posted on social media by a special ed teacher in the fall river public school system. I
am disgusted that someone with such intense rasist views is teaching our next generation. I
hope this will be dealt with swiftly. Thank you

| | |
|---|---|
| **RECEIVED** | Jun 05, 1:41pm |
| **CUSTOMER** | Dorian Frenette / Community Member |
| **INTEREST AREA** | Staff Status During Closure |
| **TEAM** | You |
| **STATUS** | In Progress |
| **TYPE** | Concern |
| **LANGUAGE** | English |

https://mail.google.com/mail/u/0?ik=abb0105ad6&view=pt&search=all&permmsgid=msg-f%3A166805292792012095361...

# EXHIBIT E

6/8/2020                                                    Let's Talk!

✉ Taryn Camara

## Hidden Customer
Community Member

### Taryn Camara
Fri, Jun 5, 4:27pm  (10 Hours : 1 Minute Old)

| Details | History |

**ORIGINAL MESSAGE**

**Priority**
Critical

Hi there, I have seen comments made by a special eduction teacher at one of your public schools. It is absolutely unacceptable to have someone as a teacher. This behavior needs to be immediately taken care of. It reflects extremely poorly on this school system. A direct quote I am speaking gender and that is the white man-" We cannot continue this kind of racism. Please fire this employee immediately.

**Status**
In Progress

**Dialogue Type**
Concern

**Entry Point**
District Website

| Timeline: | Customer Communications | Internal Comments | Log |

**DIALOGUE ASSIGNMENT**

**Interest Area**

Staff Status During Closure

**Owner**

Me

**TEAM MEMBERS**

Add internal comment

Jun 7 at 2:47pm
Scott Cabral
- Changed interest area: Bullying to Staff Status During Closure
- Updated dialogue status: marked as 'In Progress'

Jun 5 at 4:27pm
- Dialogue #14084 received
- Sent Thank you message to Customer

**TAGS**

Choose a Tag

© K12 Insight 2020

k12 Insight

...

# EXHIBIT F

From: Michael Middleton <michael.jmiddleton21@gmail.com>
Date: June 5, 2020 at 5:40:43 PM EDT
To: webmaster@fallriverschools.org
Subject: Racist teacher Taryn Camara

Hello,

I am writing this because it caught my attention that you have a teacher saying racist things on Facebook, Taryn Camara. Seeing how she is in charge of our youth and future students I hope you won't sit around and let this disgusting bigotry linger in your school system. I have attached the posts she has made.

<Image0.png>
<Image1.png>

# EXHIBIT G



**Mike Suplee**
Taryn Lopes Camara



TENOR

8m    Like    Reply

**Mike Suplee**
Taryn Lopes Camara disgusting. I don't give
my time to racist bigots. You are absolutely
disgusting and I hope you lose your job over
this.

No talking or conversation is going to change
how I, or anyone for that matter, feel about
you after reading what you wrote.

Your fingers and your mind wrote that.

You should be ashamed of yourself

5m    Like    Reply

Write a reply...

For the record if you know me you will know that my choice of words and punctuation were misunderstood! This is far from what I meant! The fact it was a screen shot from an entire thread shows how bad this world is-before you are ready to judge and make assumptions about someone talk to the person! This was Completely misunderstood and taken out of context from someone that wanted to rip my character apart-shame on you! I messaged you Mike-maybe you should have the nerve to talk to me before spreading lies! I am a human-not a racist! A strong woman who-has no problem admitting her false and standing g up to bully's! Anyone in this thread wants to know this was quickly edited. because I realized my choice of words sounded like my opinion! I was pointing out the unfairness! Again those that know me would know that!

9m   Like   Reply

**Mike Suplee**
Taryn Lopes Camara



And. Here. We.

TENOR

---

ass. I hope she gets what's coming to her.

1d   Like   Reply   2

**Taryn Lopes Camara**
For the record if you know me you will know that my choice of words and punctuation were misunderstood! This is far from what I meant! The fact it was a screen shot from an entire thread shows how bad this world is-before you are ready to judge and make assumptions about someone talk to the person! This was Completely misunderstood and taken out of context from someone that wanted to rip my character apart-shame on you! I messaged you Mike-maybe you should have the nerve to talk to me before spreading lies! I am a human-not a racist! A strong woman who-has no problem admitting her false and standing g up to bully's! Anyone in this thread wants to know this was quickly edited because I realized my choice of words sounded like my opinion! I was pointing out the unfairness! Again those that know me would know that!

1d   Like   Reply   8

View 25 previous replies...

Alyssa Jade Grillo  Taryn Lopes Camara so...

Alyssa Jade Grillo  Mike Suplee that's even...

Write a comment   

 Looks like shes a teacher 😭😭😭



2h   Like   Reply                                    1 

**Briana Therrien**
Dorian Lee I thought the same thing. Lol
2h   Like   Reply

**Dorian Lee**
Briana Therrien just sent her screenshots to
fall river public school fb
2h   Like   Reply                                    1 

**Jennifer Bagge**
Dorian Lee are you kidding me?
2h   Like   Reply                                    1

**Dorian Lee**
Jennifer Bagge I've also sent an email with
attached screenshots to the fall river school
system



**Deidre Ramos is on Facebook.** To connect with Deidre, join Facebook today.

Join

—— or ——

Log In

 **Deidre Ramos**
2 hrs · 🌐

Im going to need my friends to contact the below regarding this FINE SPECIAL EDUCATION TEACHER: Shes a threat to all children and especially the vulnerable special needs students

Fall River Public Schools mmalone@fallriverschools.org

write emails and letters to Taryn Lopes Camara 33 Bigelow Street Fall River tcamara@fallriverschools.org

The Mass Dept of Education Massachusetts Department of Elementary and Secondary Education

Fall River Public Schools



# **EXHIBIT H**

<u>File:</u> **IJNDD**

**Social Networking Websites**

## <u>SOCIAL NETWORKING POLICY OF THE FALL RIVER PUBLIC SCHOOLS</u>

**1.** **Internet AUP still in force**

This policy is adopted in addition to, and not as a substitute for, the School District's Internet Acceptable Use Policy, which governs use of the school district's technological resources.

**2.** **General Concerns**

The Fall River Public Schools recognizes the proliferation and, in some instances, usefulness, of online conversation between teachers and students and/or their parents or guardians. However, due to the nature of social networking sites, there exists a risk, without care and planning, that the lines between one's professional life and personal life will be blurred. Our staff should always be mindful of how they present themselves to the world, online and otherwise. Should an educator "friend" a student on Facebook, subscribe to a student's "twitter" account, regularly engage in email "chat" with a student, exchange text messages with students or engage in other electronic communication, the school district is concerned, and the educator should be concerned, that such activities may undermine the educator's authority to maintain discipline, encourage inappropriate behaviors and compromise the educator's ability to remain truly objective with his or her students.

In addition, any online communication using one's own personal resources, as opposed to school district resources, compromises the teacher's, as well as the school district's ability to retain public records in accordance with the requirements of the Commonwealth's public records laws. The law requires public employees who send, receive or maintain records in their capacity as public employees, to retain, disclose and dispose of such records in compliance with strict provisions of the public records law. This law applies whether or not the record is in the form of a paper document or an electronic communication. When staff members communicate through school-based resources, such as staff email or school sponsored web pages, such records are retained and archived through the school's information technology department. If, however, a teacher communicates outside of these resources, such information is not retained. The burden falls on the teacher to comply with public records laws when using personal email or social network accounts to communicate with students and/or parents and guardians.

**3.** **Expectations of Staff**

With these concerns in mind, the Fall River Public Schools has instituted this "Social Networking Policy," and announces its expectations for staff members' use of social networks

*Fall River Public Schools*                                                              *Adopted March 12, 2012*

such as Facebook, Linked-in, Twitter, personal email accounts, text message features of cell phones, use of blogs, and other electronic or technologically based communication systems.

1.   Before endeavoring to establish any social networking account, teachers should familiarize themselves with the features of any account they choose to use.  For example, Facebook requires account holders to take specific steps to "privatize" the information they place online.  You must educate yourself to these features of Facebook or any other social networking site you select.  You will be responsible should any information you intended to be "private" becomes "public" due to your own ignorance of the features of the social network you have decided to use or your failure to properly use such features.

2.   You must also know that any information you share privately with a recipient could be re-distributed by such recipient, without your knowledge or consent.  The same principles you apply to communication that takes place in person should be applied to online conversation: use discretion, and do not place your trust in individuals who have not proven themselves trustworthy.  In essence, nothing you post online is ever truly "private."

3.   The school district expects you to keep the line between your professional life and your personal life clearly drawn at all times.   There is no reason why this cannot be done, even in light of the proliferation of social networking sites. All that is required is some forethought before using social networking for both your professional and personal life, to be sure that these lines never become blurred. For example, if the district does not maintain a web portal for staff to communicate outside of school hours as necessary with students and families, and an educator wishes to establish a Facebook or personal email account through which he or she will communicate with students, he or she should establish a Facebook identity and email identity that is separate from his/her "personal" Facebook identity or personal email account.  He/she should only use his/her educational Facebook account or educational email account to communicate with students and/or parents and guardians on matters directly related to education.  The "friends" associated with such educational Facebook account should only be members of the educational community, such as administrators, teachers, students, and parents of such students. It is strongly recommended that teachers will reject friend requests from individuals who do not fit into any of these categories.

4.   At all times, and in the use of any form of communications, staff members will always adhere to student privacy rights and the rights of employees to have their personnel and medical information kept confidential.  Information that is protected by law from disclosure to third parties will not be communicated online in a way that unreasonably exposes such information to retrieval by those third parties.  For example, through an educational Facebook account, a teacher may not post confidential student information on the "wall,", the "information" section,  or through any part of that Facebook account that would be accessible to other of the Teacher's Facebook "friends" associated with that account.  If a teacher wishes to communicate privately with a student through the educational Facebook account, such communication shall be conveyed only

*Fall River Public Schools*                                            *Adopted March 12, 2012*

through the private email/message feature of Facebook, so that only the student may view the message and respond to it.

5.   Teachers are encouraged to communicate with students and parents on educational matters only, and only through school-based resources, such as school-provided email or web portal accounts.  Use of one's personal email account or social networking account to discuss school business with students and parents is discouraged.  It should be noted that, just because a teacher uses his/her personal email as opposed to a school email account, this does not shield such email from the provisions of the public records law or from discovery in litigation.  It only prevents the archiving of such messages through the school district's automatic email archiving system. We again remind teachers that information sent or received by them, even through personal email or social network accounts that are related to their capacity as a school employee are still subject to public records retention, exemption and disclosure requirements."

6.   If a teacher conveys school related messages to students and parents on his/her private account, he/she should save such email or any communication conveyed through a social networking site, or print and save a paper copy of such email or other online communication, and file it, and regard its privacy, as he/she would any other document concerning that student. The teacher should forward copies of any such emails or online communications to his or her school based email account so that it can be properly retained and archived in compliance with the requirements of the public records law. Any document created or received by a public employee in his or her capacity as such is subject to retention and perhaps disclosure under the public records law.

7.   No matter what medium of communication a teacher selects, he/she should adhere to appropriate teacher/student boundaries.  You are a role model, not a student's friend, you are his/her teacher, and you should always conduct yourself in accordance with this understanding.

8.   This policy is not intended to infringe upon a teacher's right to speak publicly on matters of public concern, or to communicate with fellow members of their union on workplace issues, so long as such communication adheres to appropriate time, place and manner restrictions and does not interfere with the performance of your job duties. However, when you speak via social networking sites or tools on matters concerning your work, you are speaking as an employee and not as a citizen, restrictions may be placed upon your freedom to express yourself.   Those restrictions are intended to preserve student confidentiality, maintain your status as an educator who should command and receive the respect of students, be able to maintain order and discipline in your classroom, and remain objective with respect to your students.

9.   Teachers are discouraged from using home telephones, personal cell phones, personal email accounts and personal Facebook accounts to communicate with students.  Your communications with students, even if you do not use school resources for such communications, are within the jurisdiction of the school district to monitor as they arise out of your position as an educator.  Any conduct, whether online or not, that reflects

*Fall River Public Schools*                                          *Adopted March 12, 2012*

poorly upon the school district or consists of inappropriate behavior on the part of a staff member, may expose an employee to discipline up to and including discharge. Even if you are not using a school telephone, computer, classroom or the like to engage in contact with a student that such contact is not outside of the school district's authority to take appropriate disciplinary action. If your behavior is inappropriate, undermines your authority to instruct or maintain control and discipline with students, compromises your objectivity, or harms students, the school district reserves the right to impose discipline for such behavior. A teacher may also face individual liability for inappropriate online communications with students and/or parents and guardians, as well as exposing the district to vicarious liability in certain instances.

At the same time, the district recognizes that, in limited cases, use of cell phone text messages or cell phone calls or emails outside of regular school hours may be reasonably necessary. For example, in connection with school sponsored events for which teachers serve as duly appointed advisors, they may need to convey messages in a timely manner to students and may not have access to school based email accounts, school provided telephones or school based web pages. In such limited circumstances, the district anticipates that teachers will make reasonable use of their cell phones or smart phones to convey time sensitive information on scheduling issues and the like.

10. Teachers may not access their personal email accounts or private Facebook accounts using school district computer resources.

11. If you are communicating as an employee of the district in your online communications, you must be aware that readers will assume you "speak for the school district." Therefore, all of your online communications, when you are actually acting on behalf of the district, or creating the appearance that you are doing so, must be professional at all times and reflect positively on the school district.

12. In the use of your Facebook account or other social networking site, you may not, without express permission from the superintendent of schools, use the school's logo, likeness or any school photographs or other property that belongs to the school.

13. References to "Facebook" are not included to limit application of their policy to use of that program. All online, electronic or computerized means of communication are subject to this policy. Given the rapid pace of technological change it is not possible to identify all proprietary or commonly named or identified means of such communications.

# EXHIBIT I



ACKNOWLEDGED   RECEIPT OF   SOCIAL   MEDIA   POLICY   2012

# EXHIBIT J

Case 1:21-cv-10117-WGY   Document 82-3   Filed 01/08/24   Page 38 of 42

6/10/2020                § 42. Dismissal or demotion of teachers or other employees of school or school district; arbitration | Statutes | Westlaw

THOMSON REUTERS
WESTLAW EDGE    ○              B    History   Folders   Favorites   Notifications              Sign out

All content   |   Enter terms, citations, databases,              |   Massachusetts              Search Tips
                                                                                                 Advanced

## § 42. Dismissal or demotion of teachers or other employees of school or s...

MA ST 71 § 42  •  Massachusetts General Laws Annotated  •  Part I. Administration of the Government (Ch. 1-182)  •  Effective: September 1, 20...

**Document**   Notes of Decisions (232)   History (11   Citing References (729   Context & Analysis (59

                                                                                              Fullscreen

Massachusetts General Laws Annotated

Part I. Administration of the Government (Ch. 1-182)

Title XII. Education (Ch. 69-78a)

Chapter 71. Public Schools (Refs & Annos)

Effective: September 1, 2016

M.G.L.A. 71 § 42

# § 42. Dismissal or demotion of teachers or other employees of school or school district; arbitration

Currentness

A principal may dismiss or demote any teacher or other person assigned full-time to the school, subject to the review and approval of the superintendent; and subject to the provisions of this section, the superintendent may dismiss any employee of the school district. In the case of an employee whose duties require him to be assigned to more than one school, and in the case of teachers who teach in more than one school, those persons shall be considered to be under the supervision of the superintendent for all decisions relating to dismissal or demotion for cause.

A teacher who has been teaching in a school system for at least ninety calendar days shall not be dismissed unless he has been furnished with written notice of intent to dismiss and with an explanation of the grounds for the dismissal in sufficient detail to permit the teacher to respond and documents relating to the grounds for dismissal, and, if he so requests, has been given a reasonable opportunity within ten school days

Case 1:21-cv-10117-WGY   Document 82-3   Filed 01/08/24   Page 39 of 42

6/10/2020                § 42. Dismissal or demotion of teachers or other employees of school or school district; arbitration | Statutes | Westlaw

after receiving such written notice to review the decision with the principal or superintendent, as the case may be, and to present information pertaining to the basis for the decision and to the teacher's status. The teacher receiving such notice may be represented by an attorney or other representative at such a meeting with the principal or superintendent. Teachers without professional teacher status shall otherwise be deemed employees at will.

A teacher with professional teacher status, pursuant to section forty-one, shall not be dismissed except for inefficiency, incompetency, incapacity, conduct unbecoming a teacher, insubordination or failure on the part of the teacher to satisfy teacher performance standards developed pursuant to section thirty-eight of this chapter or other just cause.

A teacher with professional teacher status may seek review of a dismissal decision within thirty days after receiving notice of his dismissal by filing a petition for arbitration with the commissioner. The commissioner shall forward to the parties a list of three arbitrators provided by the American Arbitration Association. Each person on the list shall be accredited by the National Academy of Arbitrators. The parties each shall have the right to strike one of the three arbitrators' names if they are unable to agree upon a single arbitrator from amongst the three. The arbitration shall be conducted in accordance with the rules of the American Arbitration Association to be consistent with the provisions of this section. The parties each shall have the right to strike one of the three arbitrators' names if they are unable to agree upon a single arbitrator from amongst the three. The board of education shall determine the process for selecting arbitrators for the pool. The fee for the arbitration shall be split equally between the two parties involved in the arbitration.

At the arbitral hearing, the teacher and the school district may be represented by an attorney or other representative, present evidence, and call witnesses and the school district shall have the burden of proof. In determining whether the district has proven grounds for dismissal consistent with this section, the arbitrator shall consider the best interests of the pupils in the district and the need for elevation of performance standards.

The arbitrator's decision shall be issued within one month from the completion of the arbitral hearing, unless all parties involved agree otherwise, and shall contain a detailed statement of the reasons for the decision. Upon a finding that the dismissal was improper under the standards set forth in this section, the arbitrator may award back pay, benefits, reinstatement, and any other appropriate non-financial relief or any combination thereof. Under no circumstances shall the arbitrator award punitive, consequential, or nominal damages, or compensatory damages other than back pay,

Case 1:21-cv-10117-WGY   Document 82-3   Filed 01/08/24   Page 40 of 42

6/10/2020                    § 42. Dismissal or demotion of teachers or other employees of school or school district; arbitration | Statutes | Westlaw

benefits or reinstatement. In the event the teacher is reinstated, the period between the dismissal and reinstatement shall be considered to be time served for purposes of employment. The arbitral decision shall be subject to judicial review as provided in chapter one hundred and fifty C. With the exception of other remedies provided by statute, the remedies provided hereunder shall be the exclusive remedies available to teachers for wrongful termination. The rules governing this arbitration procedure shall be the rules of the American Arbitration Association as pertains to arbitration.

Nothing in this section or section 41 shall affect the right of a superintendent to lay off teachers pursuant to reductions in force or reorganization resulting from declining enrollment or other budgetary reasons. No teacher with professional teacher status shall be laid off pursuant to a reduction in force or reorganization if there is a teacher without such status for whose position the covered employee is currently certified or if there is a less qualified teacher with such status holding the same or similar position for which the covered employee is currently certified. No teacher with such status shall be displaced in accordance with the terms of a collective bargaining agreement or otherwise by a more senior teacher with such status unless the more senior teacher is currently certified pursuant to section 38G and is at least as qualified for the position as the junior teacher holding the position. The criteria for determining a qualified teacher under this paragraph shall be subject to the collective bargaining provisions of chapter 150E; provided, however, that any such collectively bargained for qualifications shall include, as the primary factors, indicators of job performance, including overall ratings resulting from comprehensive evaluations conducted consistent with section 38 and the best interests of the students in the school or district; and provided further, that for the purposes of this paragraph, no distinction shall be made between the overall performance ratings established by the board of elementary and secondary education finding that the teacher has met or exceeded acceptable performance standards developed under said section 38 and that are defined by the board as proficient and exemplary. The school committee and the collective bargaining representative may negotiate for seniority or length of service only as a tie-breaker in personnel actions under this paragraph among teachers whose qualifications are no different using the qualifications collectively bargained for in accordance with this paragraph.

## Credits

Amended by St.1934, c. 123; St.1946, c. 195; St.1947, c. 597, § 2; St.1953, c. 244; St.1956, c. 132, § 2; St.1966, c. 185, §§ 1, 2; St.1970, c. 388, § 1; St.1972, c. 464, § 2; St.1985, c. 188, § 18; St.1988, c. 153, §§ 4 to 6; St.1993, c. 71, § 44; St.2012, c. 131, § 3, eff. Sept. 1, 2016.

## Notes of Decisions (232)

M.G.L.A. 71 § 42, MA ST 71 § 42

Current through Chapter 87 of the 2020 2nd Annual Session

**End of Document**                    © 2020 Thomson Reuters. No claim to original U.S. Government Works.

Contact us  •  Live chat  •  Training and support  •  Improve Westlaw Edge  •  Transfer My Data           **THOMSON REUTERS**

•  Pricing guide  •  Sign out

1-800-REF-ATTY (1-800-733-2889)

Westlaw Edge. © 2020 Thomson Reuters    Accessibility  •  Privacy  •  Supplier terms          *Thomson Reuters is not providing professional advice*

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. TARYN McCUE CAMARA
55 Bigelow St.
FAU River MA
02720

9590 9402 5553 9249 3129 81

2. Article Number (Transfer from service label)

7018 0680 0001 9817 1955

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X K.O-RTCT C-19
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

6-16

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt