

Pl.'s Resps. Def.'s RFPs 67

EXHIBIT 4
DATE: 7-28-23
CAMARA
Dawn M. Baker, RPR

And again, words are my work, so "race" is another misnomer. Many evolutionary biologists and cultural anthropologists would argue there is only one race, the human race. The earliest Homo sapiens appeared roughly 1.5 million years ago and "they" had dark skin.

56m   Like   Reply

**Taryn Lopes Camara**
There is one supreme race and gender and that is the white man–I also can't help but notice that race and gender were the ones leading most of the riots! Lastly if you look at the stats more black men have died from other black men than white men–so there lies two problems! But there are far more inequalities that will never change!

37m   Like   Reply

**Jesse Cohen**
This can't be real? Did someone hijack your page? Not even close to funny.

4m   Like   Reply

**Michael Thornton**
Do you really believe this statement?

Just now   Like   Reply

88-1

...many saints and martyrs were sinners first, but people forget.

1h   Like   Reply

View 8 previous replies...

**Taryn Lopes Camara**
Jesse Cohen the statement that a white straight man is held in the highest regard? yes I do see that everyday!
That black men kill more black men? Yes I also know that is true! Lastly the riots that were held after a peaceful protest had a lot of white people mixed in! I am a strong woman but eyes are wide open to the many inequalities!

10m   Like   Reply

**Taryn Lopes Camara**
Jesse Cohen why do you think I always say I'm coming back as a man in my next life?

4m   Like   Reply

**Jesse Cohen**
Taryn Lopes Camara The way that first sentence is constructed it came across to me like your opinion which would be very alarming. I'm glad I was confused.

Just now   Like   Reply

Write a reply...

88-2

1h   Like   Reply

View 9 previous replies...

**Taryn Lopes Camara**
Jesse Cohen why do you think I always say I'm coming back as a man in my next life?

12m   Like   Reply

**Jesse Cohen**
Taryn Lopes Camara The way that first sentence is constructed it came across to me like your opinion which would be very alarming. I'm glad I was confused.

8m   Like   Reply

**Taryn Lopes Camara**
Jesse Cohen facts-not opinion-and as you know-it doesn't stop me from being the strong woman that I am! 😂

4m   Like   Reply

Write a reply...

**Carolyn O'Brien**
What courage this woman has........

1h   Like   Reply

**Taryn Lopes Camara**
Carolyn O'Brien she will be threatened next week and her life will be in danger by a white

88-3