# In The Matter Of:

*Arbitration*

*Taryn Camara and Fall River Public Schools - Day 2*

*May 26, 2021*



```
 1              AMERICAN ARBITRATION ASSOCIATION
 2
 3      PROCEEDINGS IN RE VIA VIDEOCONFERENCE:
 4      CASE NUMBER:  01-20-0014-5686
 5      TARYN CAMARA
 6      -and-
 7      FALL RIVER PUBLIC SCHOOLS
 8      GRIEVANCE:  MASSACHUSETTS GENERAL LAW CHAPTER 71
                    SECTION 42 -- DISMISSAL
 9
10      DAY 2
11                              MAY 26, 2021
                                10:00 A.M.
12
13
        BEFORE VIA VIDEOCONFERENCE:
14
        ARBITRATOR ELIZABETH NEUMEIER
15
16      APPEARANCES VIA VIDEOCONFERENCE:
17      FOR THE PETITIONER:
        LAW OFFICE OF MARK P. GAGLIARDI
18      BY:  MARK P. GAGLIARDI, ESQUIRE
19      FOR THE RESPONDENT:
        LAW OFFICE OF BRUCE A. ASSAD
20      BY:  BRUCE A. ASSAD, ESQUIRE
21      FOR THE MASSACHUSETTS TEACHERS' ASSOCIATION:
        BY:  LAURIE HOULE, STAFF COUNSEL
22
        ALSO PRESENT VIA VIDEOCONFERENCE:  TARYN CAMARA,
23      JOLENE SMITH, THOMAS COOGAN, SHERI DiPRETE,
        REBECCA CUSICK, SARAH KELLEY
24
25
```

I N D E X

WITNESS                                                    PAGE

REBECCA CUSICK
        DIRECT EXAMINATION BY MR. ASSAD                    187
THOMAS COOGAN
        CROSS-EXAMINATION BY MR. GAGLIARDI                 207
        REDIRECT EXAMINATION BY MR. ASSAD                  332
MATTHEW SILVA
        DIRECT EXAMINATION BY MR. ASSAD                    337
        CROSS-EXAMINATION BY MR. GAGLIARDI                 348


E X H I B I T S

NO.                     DESCRIPTION                        PAGE

        EXHIBITS MARKED IN FULL

EXHIBIT I    EXCERPTED PORTIONS OF EMPLOYER'S              288
             EXHIBIT 36

REPORTER'S NOTE:   ALL PARTIES HAVE THEIR OWN COPY OF
                   EXHIBITS

ALLIED COURT REPORTERS, INC. (401) 946-5500

```
 1              (ARBITRATION COMMENCED AT 10:38 A.M.)
 2                   ARBITRATOR NEUMEIER:  Okay, we're
 3     ready to go back on the record.  In my breakout
 4     room, I discussed several matters with counsel,
 5     and I'm ready to move forward.  Mr. Assad, I
 6     believe you're going to call Miss Cusick; is that
 7     right?
 8                   MR. ASSAD:  That's correct.
 9                   ARBITRATOR NEUMEIER:  Miss Cusick,
10     good morning.
11                   THE WITNESS:  Good morning.
12                   REBECCA CUSICK (SWORN)
13                   ARBITRATOR NEUMEIER:  You can go
14     ahead.
15                   MR. ASSAD:  Thank you.
16                DIRECT EXAMINATION BY MR. ASSAD
17  Q.  State your name, please, for the record.
18  A.  Rebecca Cusick.
19  Q.  And, Miss Cusick, you're here as a result of a
20     subpoena you received from the Fall River School
21     Department; is that correct?
22  A.  I did.
23  Q.  And could you please tell us in as much detail as
24     you can your educational background?
25  A.  Sure.  So I began working in the Fall River
```

1    public schools in 1993. I am an elementary school
2    teacher. I have always been an elementary school
3    teacher in my time here, and I remained in that
4    position until 2013 when I ran for FREA president.
5    Q. And what position have you held since 2013?
6    A. I have remained FREA president for the past
7    eight years.
8    Q. And what are the duties and responsibilities of
9    the president of the FREA with respect to the Fall
10   River School Department?
11   A. So my duties as FREA president are to represent
12   the almost 300 members of the FREA in all matters
13   related to the contract, employment matters, and
14   to support them in problem solving.
15   Q. And with respect to the duties of the president of
16   the FREA, do you also assist with respect to
17   teacher terminations?
18   A. Yes.
19   Q. And with respect to your professional background,
20   you mentioned you were an elementary school
21   teacher from 1993 until 2013?
22   A. Yes.
23   Q. Are you familiar with the duties and
24   responsibilities of a teacher?
25   A. Yes, I am.

1  Q. And could you, please, tell us what those are?
2     A. So our duties and responsibilities as a teacher
3  include delivering instruction, planning for
4  instruction, building relationships with our
5  students, and meeting the general needs of the
6  particular school.
7  Q. You're familiar with Taryn Camara?
8     A. Yes, Taryn was an FREA member.
9  Q. How long have you known Taryn Camara?
10    A. I don't know her on a personal level, we
11 haven't socialized, but I've known that she's an
12 educator at Kuss Middle School for the entire time
13 that I've been in this position.
14 Q. Are you aware of certain screenshots that have
15 become the center of this particular arbitration?
16    A. I am.
17 Q. And how did you become aware of them?  When is the
18 first time you became aware of an issue with
19 respect to Miss Camara and her position at the
20 Fall River School Department?
21    A. Sometime in early June one of the building
22 representatives from Kuss Middle School reached
23 out to me to inform me that one of our members had
24 an issue with a social media post.  I asked him to
25 please connect me with that member, Miss Camara,

```
 1        A.  That sounds right.
 2    Q.  And that the post and the information came to
 3        everyone's attention on June 5th, which would be
 4        the Friday?
 5        A.  The Friday, right.  It was Friday evening.
 6    Q.  Does that make sense?
 7        A.  Uh-huh.
 8    Q.  All right.  As a result of that, what did you do
 9        in terms of the scheduling of that meeting with
10        Mr. Coogan and Miss Pontes?
11        A.  So I knew that we needed a statement from Miss
12        Camara, so I advised her to write a statement and
13        to submit it and bring it to the meeting with her,
14        I believe, and to just be honest.
15    Q.  That meeting took place on June 8th?
16        A.  Yes.
17    Q.  Who was present?
18        A.  Myself, Taryn Camara, Tom Coogan, and Maria
19        Pontes.
20    Q.  Do you recall the substance of the conversation at
21        that meeting?
22        A.  The substance was how Miss Camara's Facebook
23        post had caused problems for the district because
24        people were viewing it as a racist post.
25    Q.  Were you aware that -- other than them stating to
```

```
 1         you that there were problems that people were
 2         feeling it was a racist comment, were you
 3         personally aware of the issue?
 4     A.  I was.
 5     Q.  How did you become personally aware of the issue?
 6     A.  So after that Friday night, I had seen various
 7         posts and discussions taking place on social
 8         media.
 9     Q.  Was it widespread?
10     A.  I would describe it as widespread, yes.
11     Q.  I'm going to ask that you turn to Page 17 and 18.
12                    MR. ASSAD:  Which is in Exhibit 1,
13         Madam Arbitrator, Pages 17 and 18.
14                    MS. HOULE:  What are you looking at?
15                    MR. ASSAD:  I'm looking at the Taryn
16         Camara statement submitted June 8th.  It's in
17         Exhibit 1 of the Respondent's exhibits, Bates
18         stamped 17 and 18.
19                    MS. HOULE:  I don't have access to
20         that.
21                    MR. GAGLIARDI:  I'm sorry, Bruce, did
22         you say -- whose statement?
23                    MR. ASSAD:  Taryn Camara.
24                    MR. GAGLIARDI:  Okay.  I thought you
25         said the Attorney Panettiere.
```

1  MS. HOULE: Madam Arbitrator, you're
2  muted.
3  ARBITRATOR NEUMEIER: All right,
4  thank you. So there's an objection. Could you
5  read the question back, please.
6  (QUESTION READ BACK)
7  MR. ASSAD: Madam Arbitrator, the
8  only reason I asked that question is she's already
9  testified it was widespread. I'm not asking for
10 any inside information with the MTA or the FREA.
11 ARBITRATOR NEUMEIER: Well, why don't
12 you first ask whether she has personal knowledge.
13 Q. Do you have personal knowledge?
14 A. Of the social media discourse?
15 Q. Correct.
16 A. Yes.
17 Q. Would you agree that it's widespread?
18 A. Yes.
19 Q. The very next page, in the second paragraph, "My
20 unedited words have been shared so many times I
21 can't count. I have sat silent and unable to
22 explain myself in fear of retaliation that I am
23 looked at as a racist." Do you see that?
24 A. I do.
25 Q. Did you form an opinion as to the comments of Miss

1  Q. And by "concerned," what do you mean?
2  A. I'd say that the members were concerned with
3  the negativity that was associated with this, and
4  also concerned as to what this might mean for Miss
5  Camara.
6  Q. I'm going to ask you to turn to Page 10 -- Page 9.
7  Right under Taryn Lopes Camara's name, could you
8  read the first two lines, please?
9  A. Of Taryn's post?
10 Q. Yes.
11 A. "There is one supreme race and gender and that
12 is the white man. I also can't help but notice
13 that race and gender were the ones leading most of
14 the riots!"
15 Q. Is that the statement that the individuals at Kuss
16 were concerned about?
17 A. Yes.
18 Q. That brought negativity to the School Department?
19 A. Yes.
20 Q. How would you characterize that statement?
21             MS. HOULE: Objection. I thought we
22 agreed ahead of time that we weren't going to get
23 into requiring Miss Cusick to talk about her
24 opinions or characterizations. That's just
25 another way of basically asking her personal

1  Q. Sure. Is it in the best interest of the students
2     that -- I will rephrase it. Is it in the best
3     interest of the students that they do not have
4     trust in the teacher before them?
5     A. No.
6  Q. Miss Cusick, I'm not asking anything about MTA or
7     FREA, are you aware of any training that is
8     provided to teachers concerning social media?
9     A. The district issues a social media policy to
10    employees at the start of each year, which we're
11    required to sign.
12 Q. Anything else, any other training that you're
13    aware of that teachers would receive or
14    instruction that they would receive?
15    A. No. We offer it. The FREA has held social
16    media trainings.
17 Q. So is that done on an annual basis?
18    A. I try to bring somebody in from MTA each year
19    to offer that. People can sign up if they choose.
20 Q. But it's available to them?
21    A. Yes.
22 Q. And they're aware of it?
23    A. We publicize it.
24 Q. Miss Cusick, I'm going to ask you if you could
25    turn to Pages 166 and 167.

1       frenzy, and help the members understand that
2       commenting and sharing and engaging in this social
3       media activity was detrimental to everybody.
4  Q. Including the School Department?
5      A. Yes.
6  Q. Do you feel it was a serious situation?
7      A. I do.
8  Q. Have you written this type of e-mail or letter
9       before in your experience as president?
10      A. I have sent members e-mails before when we've
11       had situations that are sometimes in the press.
12  Q. And you felt this situation was serious?
13      A. I did.
14  Q. And I believe in here you share that it took on a
15       life of its own, with the news media and so forth?
16      A. Yes, particularly Facebook.
17  Q. And you mention here that, "The administration and
18       the School Committee have received numerous angry
19       e-mails and calls demanding they take action."
20       What were you referring to in that statement?
21      A. So I believe it came about at the June 8th
22       meeting as part of the investigation that the
23       public frenzy over this social media post had been
24       brought to the attention of the School Committee,
25       as well as to the school administration, and I

1   thought it was important that the members
2   understand that by sharing or commenting on these
3   posts, they were elevating the discussion.
4   Q. And in the third paragraph, I want you to take a
5   　 look at that, it states, "I know how frustrating
6   　 it is to see negative comments about your
7   　 colleague, your school, and your profession." And
8   　 you witnessed that yourself, did you not?
9   A. I did.
10  Q. I have no further questions at this time.
11  A. Okay.
12  　　　　　　ARBITRATOR NEUMEIER: Do you have any
13  cross-examination, Mr. Gagliardi?
14  　　　　　　MR. GAGLIARDI: I do not.
15  　　　　　　ARBITRATOR NEUMEIER: Thank you very
16  much. I appreciate it.
17  　　　　　　THE WITNESS: Thank you.
18  　　　　　　MR. ASSAD: You're free to go.
19  　　　　　　THE WITNESS: Thank you.
20  　　　　　　MR. ASSAD: Can we have a 10-minute
21  break, and we will be right back?
22  　　　　　　ARBITRATOR NEUMEIER: Yes. Let's
23  reconvene at 11:20.
24  　　　　　　MR. ASSAD: Thank you.
25  　　　　　　　　(OFF THE RECORD)