# In The Matter Of:

*Arbitration*

*Camara and Fall River Public Schools - Day 3*

*June 9, 2021*



```
 1              AMERICAN ARBITRATION ASSOCIATION

 2

 3      PROCEEDINGS IN RE VIA VIDEOCONFERENCE:

 4      CASE NUMBER:  01-20-0014-5686

 5      TARYN CAMARA

 6      -and-

 7      FALL RIVER PUBLIC SCHOOLS

 8      GRIEVANCE:  MASSACHUSETTS GENERAL LAW CHAPTER 71
                    SECTION 42 -- DISMISSAL
 9

10      DAY 3

11                              JUNE 9, 2021
                                10:00 A.M.
12

13

        BEFORE VIA VIDEOCONFERENCE:
14
        ARBITRATOR ELIZABETH NEUMEIER
15

16      APPEARANCES VIA VIDEOCONFERENCE:

17      FOR THE PETITIONER:
        LAW OFFICE OF MARK P. GAGLIARDI
18      BY:  MARK P. GAGLIARDI, ESQUIRE

19      FOR THE RESPONDENT:
        LAW OFFICE OF BRUCE A. ASSAD
20      BY:  BRUCE A. ASSAD, ESQUIRE

21
        ALSO PRESENT VIA VIDEOCONFERENCE:  TARYN CAMARA,
22      THOMAS COOGAN, SHERI DiPRETE

23

24

25
```

1                           I N D E X

2   WITNESS                                                      PAGE

3   MICHAEL THORNTON
         DIRECT EXAMINATION BY MR. ASSAD                          371
4        CROSS-EXAMINATION BY MR. GAGLIARDI                       379
         REDIRECT EXAMINATION BY MR. ASSAD                        417
5        RECROSS-EXAMINATION BY MR. GAGLIARDI                     419
         FURTHER REDIRECT EXAMINATION BY MR. ASSAD                422
6   KEITH MICHON, JR.
         DIRECT EXAMINATION BY MR. ASSAD                          427
7        CROSS-EXAMINATION BY MR. GAGLIARDI                       439
         REDIRECT EXAMINATION BY MR. ASSAD                        493
8   MATTHEW MALONE
         DIRECT EXAMINATION BY MR. ASSAD                          496
9        CROSS-EXAMINATION BY MR. GAGLIARDI                       532

              ALLIED COURT REPORTERS, INC. (401) 946-5500

1           (ARBITRATION COMMENCED AT 10:00 A.M.)
2                    ARBITRATOR NEUMEIER:  Mr. Assad, Mr.
3    Gagliardi, are there any things we need to talk
4    about before we go to the next witness?
5                    MR. GAGLIARDI:  No.
6                    MR. ASSAD:  No.
7                    ARBITRATOR NEUMEIER:  Okay.  All
8    right, do you want to call your next witness?
9                    MR. ASSAD:  It will be Michael
10   Thornton.
11                   ARBITRATOR NEUMEIER:  Is he present
12   with you in the room?
13                   MR. ASSAD:  Yes.
14                        (OFF THE RECORD)
15                   ARBITRATOR NEUMEIER:  Okay, do you
16   want to call your witness, Mr. Assad?
17                   MR. ASSAD:  Yes, we will.  Michael
18   Thornton.
19                   ARBITRATOR NEUMEIER:  Mr. Thornton,
20   hello.  Nice to meet you.  I'm the arbitrator,
21   Elizabeth Neumeier.
22                   MICHAEL THORNTON (SWORN)
23            DIRECT EXAMINATION BY MR. ASSAD
24   Q.  State your name for the record, please.
25   A.  My name is Michael Thornton.

1  Q.  Mr. Thornton, are you employed by the Fall River
2      School Department?
3  A.  Yes.
4  Q.  And what is your position?
5  A.  I am a special education self-contained
6      classroom teacher for math and science.
7  Q.  Mr. Thornton, I'm going to ask if you can give
8      just a summary of your educational history?
9  A.  I received a Bachelor's degree in history and
10     art.  I went back to school after working with
11     adults with disabilities for about a dozen years,
12     and then I became a special educator.  I got my
13     Master's degree in special education.
14 Q.  And how long have you been employed by the Fall
15     River School Department?
16 A.  This will make my 10th year.
17 Q.  And can you relate for the arbitrator, please,
18     what your positions have been in the Fall River
19     School Department?
20 A.  I've been a teacher the entire time, special
21     education self-contained.
22 Q.  And what schools have you worked at?
23 A.  I worked at Henry Lord Community School.  At
24     the time it was just Henry Lord Middle School.
25     And Kuss.

1   Q.  And how long have you been at Kuss?
2   A.  Eight years.
3   Q.  And are you familiar with the makeup of the
4       student body at Kuss?
5   A.  Yes.
6   Q.  And could you relate that, please, for the
7       arbitrator?
8   A.  In terms of the racial demographics?
9   Q.  Yes, correct.
10  A.  We have students from all over.  We have
11      African American students.  We have
12      Spanish-speaking students, Portuguese.  I know
13      it's predominantly white, but there is a good
14      percentage of students of color.
15  Q.  Sir, are you familiar with Taryn Camara?
16  A.  Yes.
17  Q.  And how do you know her?
18  A.  She was a special education teacher at Kuss.
19      I'd see her coming in and out.  We'd always say hi
20      to each other.
21  Q.  And how long have you known her?
22  A.  Since I started.
23  Q.  And do you know her professionally or socially?
24  A.  No.  I mean, professionally in terms of just
25      basically passing by her in the hall.  Socially,

```
 1        we were friends on Facebook.
 2   Q.   Sir, I'm going to ask that you take a look at this
 3        exhibit book, and turn to Pages 7 through 15, if
 4        you could for us.
 5                  MR. ASSAD:  That would be Exhibit 1,
 6        Madam Arbitrator, 7 through 15.
 7   Q.   If you could take a moment to review those,
 8        please.
 9                  (WITNESS PERUSING DOCUMENTS)
10                  ARBITRATOR NEUMEIER:  What Bates
11        pages are you looking at?
12                  MR. ASSAD:  7 through 15, Ma'am.
13                  ARBITRATOR NEUMEIER:  Okay.  Sheri
14        DiPrete is in the waiting room.  Should I bring
15        her in now?
16                  MR. GAGLIARDI:  Yes, please.
17   Q.   Have you had a chance to review that?
18   A.   Yes.
19   Q.   Have you seen those before?
20   A.   Yes.  Not all of them, though, because there
21        was a point where I was either unfriended or
22        something, because I wasn't aware of some of the
23        later ones.
24   Q.   I'll ask you to turn to Page 9.  Are you familiar
25        with the quotes on Page 9?
```

```
 1            MR. GAGLIARDI:  Objection to the term
 2       "quotes."
 3   Q.  Excuse me, comments.
 4            MR. GAGLIARDI:  Just for the purpose
 5       of today, can we please just refer to posts that
 6       are actual posts, and comments that are actual
 7       comments, so we don't get confused.
 8   A.  Yes, I'm familiar with the posts, yes.
 9   Q.  And with respect to the one right under the name
10       Taryn Lopes Camara, are you familiar with that?
11   A.  Yes.
12   Q.  And do you recall when you saw that?
13   A.  Yeah.
14   Q.  And when was that?
15   A.  When was it?  I don't know the exact date.
16   Q.  Was it in June of 2020?
17   A.  That sounds about right.
18   Q.  And how would you characterize that statement?
19   A.  It seemed very -- it seemed very white
20       supremacist when I looked at it.
21   Q.  How did it make you feel when you read that?
22   A.  I was very shocked when I saw it.  That's
23       pretty much what it mostly was.
24   Q.  Were you concerned that a teacher would post
25       something similar to that?
```

1  A. Yeah, I'm concerned when anybody posts
2  something like that, but I think teachers are held
3  to a higher standard in many cases, and I think
4  that that's, you know, that's why you have to be
5  super careful with the words that we use.
6  Q. Mr. Thornton, did you talk to any of your
7  colleagues at the school concerning this post?
8  A. Yes.
9  Q. Approximately how many would you say you talked
10 to?
11 A. Probably like one.
12 Q. And do you have -- are you aware --
13            ARBITRATOR NEUMEIER:  I'm sorry, I
14 could not hear your answer.  How many?
15            THE WITNESS:  One.
16 Q. And who was that?
17 A. Alyson Saccoccia.
18 Q. And did you report this quote to anyone in
19 particular?
20 A. I did not at the time, because it had already
21 come out on social media.
22 Q. And were there any discussions about that quote at
23 Kuss Middle School?
24 A. Yeah, there were a lot of discussions once it
25 was out and once people were aware of it.

1    A. I was just disgusted when I saw it.
2    Q. Would you classify it as a racist statement?
3    A. Yeah, I would.  Certainly white supremacist.
4    Q. Have you spoken to Taryn Camara about this?
5    A. No.
6    Q. And you mentioned you believe you were unfriended?
7    A. Yes.
8             MR. ASSAD:  I have no further
9    questions.
10            ARBITRATOR NEUMEIER:  Are you ready
11    to cross?
12            MR. GAGLIARDI:  Yes.
13            ARBITRATOR NEUMEIER:  Okay, go ahead.
14       CROSS-EXAMINATION BY MR. GAGLIARDI
15   Q. Good morning, Mr. Thornton.  My name is Mark
16       Gagliardi.  I represent Taryn Camara in this
17       matter.  Just a few questions for you, sir.  Did
18       you speak with Mr. Assad before today about the
19       testimony you just gave?
20   A. Yes.
21   Q. For how long did you meet with him?
22   A. Between a half hour and 45 minutes.
23   Q. You said, you testified that there was lots of
24       discussion at Kuss about this incident.  People in
25       the hall talked about it; correct?

```
 1       that correct?
 2       A.  Yeah.  Again, it's not -- it's basically in
 3       passing.
 4   Q.  Sure.  Setting aside the Facebook comment at
 5       issue, had you heard Taryn Camara make any racist
 6       comments?
 7       A.  Not overtly racist comments, no.
 8   Q.  Okay, I don't know what that means.
 9       A.  There was one other Facebook post that just
10       kind of caused me to like -- it was basically she
11       was going to a concert that featured black
12       performers, and she referred to it as her and her
13       friends going to a ghetto concert, and I just
14       thought that was in a little bit poor taste, but,
15       again, that could be interpreted in different
16       ways.
17   Q.  Okay.  Let me do it like this -- and that was a
18       Facebook post; correct?
19       A.  Yes.
20   Q.  And in the school setting, did you ever hear Taryn
21       Camara make any racist comments while at the Kuss
22       Middle School?
23       A.  No.
24   Q.  Did you ever hear any teachers ever tell you that
25       they heard Taryn Camara make any comments, racist
```