# In The Matter Of:

*Arbitration*

*Camara and Fall River Public Schools - Day 3*

*June 9, 2021*



ALLIED COURT REPORTERS, INC.
—AND—
VIDEO CONFERENCE CENTERS

50 YEARS

AMERICAN ARBITRATION ASSOCIATION

PROCEEDINGS IN RE VIA VIDEOCONFERENCE:

CASE NUMBER: 01-20-0014-5686

TARYN CAMARA

-and-

FALL RIVER PUBLIC SCHOOLS

GRIEVANCE: MASSACHUSETTS GENERAL LAW CHAPTER 71
SECTION 42 -- DISMISSAL

DAY 3

JUNE 9, 2021
10:00 A.M.

BEFORE VIA VIDEOCONFERENCE:

ARBITRATOR ELIZABETH NEUMEIER

APPEARANCES VIA VIDEOCONFERENCE:

FOR THE PETITIONER:
LAW OFFICE OF MARK P. GAGLIARDI
BY: MARK P. GAGLIARDI, ESQUIRE

FOR THE RESPONDENT:
LAW OFFICE OF BRUCE A. ASSAD
BY: BRUCE A. ASSAD, ESQUIRE

ALSO PRESENT VIA VIDEOCONFERENCE: TARYN CAMARA, THOMAS COOGAN, SHERI DiPRETE

```
 1                          I N D E X

 2   WITNESS                                                    PAGE

 3   MICHAEL THORNTON
           DIRECT EXAMINATION BY MR. ASSAD                      371
 4         CROSS-EXAMINATION BY MR. GAGLIARDI                   379
           REDIRECT EXAMINATION BY MR. ASSAD                    417
 5         RECROSS-EXAMINATION BY MR. GAGLIARDI                 419
           FURTHER REDIRECT EXAMINATION BY MR. ASSAD            422
 6   KEITH MICHON, JR.
           DIRECT EXAMINATION BY MR. ASSAD                      427
 7         CROSS-EXAMINATION BY MR. GAGLIARDI                   439
           REDIRECT EXAMINATION BY MR. ASSAD                    493
 8   MATTHEW MALONE
           DIRECT EXAMINATION BY MR. ASSAD                      496
 9         CROSS-EXAMINATION BY MR. GAGLIARDI                   532

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
                ALLIED COURT REPORTERS, INC. (401) 946-5500
```

MR. ASSAD: Yes.

ARBITRATOR NEUMEIER: Okay, so we'll do the teacher, and then take a lunch break, and then the superintendent; does that make sense?

MR. GAGLIARDI: Yes.

ARBITRATOR NEUMEIER: Okay.

MR. ASSAD: Could I have a 10-minute break, and we'll start?

ARBITRATOR NEUMEIER: See you at 11:50. Thank you.

(SHORT RECESS TAKEN)

ARBITRATOR NEUMEIER: It looks like everybody is back. Mr. Assad, are you ready to call your next witness?

MR. ASSAD: Keith Michon.

KEITH MICHON, JR. (SWORN)

DIRECT EXAMINATION BY MR. ASSAD

Q. State your name for the record, please.
A. Keith Michon, Jr.
Q. And, Mr. Michon, are you employed by the Fall River School Department?
A. Yes, I am.
Q. And what is your position?
A. My position, I'm a technology teacher at this time.

```
 1   Q.  And where are you stationed right now?
 2       A.  I'm at Kuss Middle School.
 3   Q.  I just want to go over your educational background
 4       first.  Can you just relay that to the arbitrator,
 5       please, and you're going to have to speak up just
 6       a little bit.
 7       A.  Okay.  I have a Bachelor's of science and
 8       mathematics, a Master's of Ed., and a CAGS in
 9       school administration.
10   Q.  And how long have you been a teacher?
11       A.  I have been a teacher for 12 years.
12   Q.  And at the Fall River School Department how long?
13       A.  Twelve years.
14   Q.  And what positions have you held and with which
15       schools?
16       A.  All at Kuss.  I was an 8th grade math teacher,
17       a 6th grade math teacher, and now a technology
18       teacher.
19   Q.  And are you familiar with the demographic makeup
20       of the Kuss students?
21       A.  Pretty familiar with it, yes.
22   Q.  And how would classify it?  How would you
23       characterize it?
24       A.  It's pretty diverse.  I'd say probably
25       10 percent black, 30 percent Hispanic, and then
```

```
 1        the rest is white or other.
 2   Q.   Are you familiar with Taryn Camara?
 3   A.   Yes.
 4   Q.   How long have you known Taryn Camara?
 5   A.   I've known her as long as I was at Kuss.  She
 6        was at Kuss at the time I was there.
 7   Q.   Do you know her both professionally and socially?
 8   A.   Yes.
 9   Q.   And have you socialized with her and her husband?
10   A.   Yes.
11   Q.   And you've also worked with her professionally?
12   A.   Yes, more so in 6th grade.  She was a 6th grade
13        teacher.
14   Q.   Mr. Michon, are you familiar with the post by Miss
15        Camara on Facebook on June 5th?
16   A.   Yes.
17             MR. GAGLIARDI:  I'm just going to
18        object.  Once again, can we differentiate between
19        post and comment, just for a clear record.  Are
20        you talking about the Candice Owens post or the
21        comment in question?
22             MR. ASSAD:  It was a preliminary
23        question.
24   Q.   I'm going to ask you to turn to Exhibit 1, Pages 7
25        through 15.  I'm going to ask if you could review
```

1   A. I guess I would characterize that as sarcastic
2       agreement, so she was saying she agrees with
3       whatever comment I made, but she doesn't really
4       because she says agree to disagree.
5   Q. All right. Sir, you're aware that this statement
6       was made by Miss Camara, the one on Page 9 you
7       just went over, was made on June 5th, 2020? Are
8       you familiar with that?
9   A. I don't know the timing of it.
10  Q. Were you in school at that time?
11  A. I was on paternity leave.
12  Q. Do you recall seeing this particular quote at that
13      time?
14  A. I think this quote came later. I engaged with
15      Taryn on the original post, and then this came
16      later, and I don't believe I was part of that
17      conversation. It was sent to me.
18  Q. Do me a favor, just read the entire statement
19      under Taryn Lopes Camara to yourself.
20              MR. GAGLIARDI: Are you talking about
21      the one on Page 9?
22              MR. ASSAD: That's the one.
23          (WITNESS PERUSING DOCUMENT)
24  Q. How would you characterize that particular
25      statement?

1       separate.
2   Q.  Did you alert anyone as to the comments that were
3       made?
4   A.  Later that evening I notified the building rep.
5       and the FREA president.
6   Q.  Who's the building rep?
7   A.  Ed Synan.
8   Q.  And what did you say to Mr. Synan?
9   A.  I think I simply said I think Taryn is in some
10      trouble, because the posts had become public, and
11      had been going around, and parents were commenting
12      and calling for her termination.
13  Q.  You were aware of that?
14  A.  Yes, I saw those comments.
15  Q.  Did you also talk to the FREA president?
16  A.  I texted the same.  They're the same joint
17      message.
18  Q.  And did they respond to you?
19  A.  They responded that they were aware.
20  Q.  Did you reach out to Miss Camara?
21  A.  No, I did not.
22  Q.  Is there a reason why you didn't?
23  A.  No, I didn't.  I don't have her cellphone
24      number, and after this conversation, I was not
25      very happy after this exchange.

1  Q. And you testified just a second ago that her
2     statement, her racist statement was basically
3     published widely; correct?
4  A. Yes, it was.
5  Q. And that parents were upset?
6  A. Yes.
7  Q. Were students upset?
8  A. I don't know if students were commenting. I
9     mean, we work with young students, so they may not
10    have had access.
11 Q. Their parents were upset?
12 A. But their parents were, yes.
13 Q. How about other teachers and faculty members?
14 A. Yes, there were some that were upset.
15 Q. How important is it for a special education
16    teacher to have trust with the parents of the
17    students?
18 A. As important as any teacher, though there may
19    be more interaction than the average student.
20 Q. I'm going to ask that you take a look at Page 166.
21    It should be Exhibit 30, 166. I'm going to ask if
22    you've ever seen that before?
23 A. Yes, I have.
24 Q. Do you agree with the statement?
25 A. Yes.

```
 1   Q.  It was a serious situation?
 2       A. Very serious, yes.
 3   Q.  You mentioned "very serious," why would you
 4       characterize it as very serious?
 5       A. I have seen these issues on social media, and
 6       they can go viral, and they can become -- they can
 7       go up to the national level, or worldwide even,
 8       something like this.
 9   Q.  This is difficult for you, isn't it?
10       A. It is.
11   Q.  Based upon your personal relationship with Miss
12       Camara?
13       A. It is.
14   Q.  Do you feel it would be difficult for Miss Camara
15       to work in the Fall River school system at this
16       time?
17                  MR. GAGLIARDI:  Objection.
18       A. I think --
19                  MR. GAGLIARDI:  Objection.
20                  ARBITRATOR NEUMEIER:  What's the
21       basis?
22                  MR. GAGLIARDI:  I don't know what
23       relevance his opinion is.  He's not in a position
24       to rehire her or make any employment decisions
25       with regards to her employment.
```