# In The Matter Of:

*Arbitration*

*Taryn Camara and Fall River Public
Schools - Day 2*

*May 26, 2021*



```
 1              AMERICAN ARBITRATION ASSOCIATION

 2

 3         PROCEEDINGS IN RE VIA VIDEOCONFERENCE:

 4         CASE NUMBER:  01-20-0014-5686

 5         TARYN CAMARA

 6         -and-

 7         FALL RIVER PUBLIC SCHOOLS

 8         GRIEVANCE:  MASSACHUSETTS GENERAL LAW CHAPTER 71
                       SECTION 42 -- DISMISSAL
 9

10         DAY 2

11                              MAY 26, 2021
                                10:00 A.M.
12

13

           BEFORE VIA VIDEOCONFERENCE:
14
           ARBITRATOR ELIZABETH NEUMEIER
15

16         APPEARANCES VIA VIDEOCONFERENCE:

17         FOR THE PETITIONER:
           LAW OFFICE OF MARK P. GAGLIARDI
18         BY:  MARK P. GAGLIARDI, ESQUIRE

19         FOR THE RESPONDENT:
           LAW OFFICE OF BRUCE A. ASSAD
20         BY:  BRUCE A. ASSAD, ESQUIRE

21         FOR THE MASSACHUSETTS TEACHERS' ASSOCIATION:
           BY:  LAURIE HOULE, STAFF COUNSEL
22
           ALSO PRESENT VIA VIDEOCONFERENCE:  TARYN CAMARA,
23         JOLENE SMITH, THOMAS COOGAN, SHERI DiPRETE,
           REBECCA CUSICK, SARAH KELLEY
24

25
```

```
 1                    I N D E X

 2   WITNESS                                        PAGE

 3   REBECCA CUSICK
          DIRECT EXAMINATION BY MR. ASSAD          187
 4   THOMAS COOGAN
          CROSS-EXAMINATION BY MR. GAGLIARDI       207
 5       REDIRECT EXAMINATION BY MR. ASSAD         332
     MATTHEW SILVA
 6       DIRECT EXAMINATION BY MR. ASSAD           337
         CROSS-EXAMINATION BY MR. GAGLIARDI        348

 7

 8

 9                  E X H I B I T S

10   NO.                 DESCRIPTION                PAGE

11            EXHIBITS MARKED IN FULL

12   EXHIBIT I    EXCERPTED PORTIONS OF EMPLOYER'S  288
                  EXHIBIT 36

13

14
     REPORTER'S NOTE:  ALL PARTIES HAVE THEIR OWN COPY OF
15                     EXHIBITS

16

17

18

19

20

21

22

23

24

25

            ALLIED COURT REPORTERS, INC. (401) 946-5500
```

```
 1              DIRECT EXAMINATION BY MR. ASSAD
 2    Q.  Mr. Silva, could you tell us what your position is
 3         now at the Fall River public schools?
 4         A. So I'm the student support coordinator at Kuss
 5         Middle School.  This is my fifth year at Kuss.
 6         And before that, I had served four years at RPS as
 7         a school adjustment counselor there.
 8    Q.  And your educational background, sir?
 9         A. So I have my Bachelor's in English and
10         psychology from UMass Amherst, and then I have my
11         Master's in clinical social work from Boston
12         University, and I have a Certificate of Advanced
13         Graduate Studies from Assumption College in
14         resiliency counseling.
15    Q.  Sir, you're still at Kuss Middle School?
16         A. I am, yes.
17    Q.  And in June of 2020 you were at Kuss Middle
18         School?
19         A. Yes.
20    Q.  Sir, are you familiar with Taryn Camara?
21         A. I am.
22    Q.  And how do you know her?
23         A. She was a colleague.
24    Q.  And how long have you known her?
25         A. For the five years that I was at Kuss.
```

1   Q.   And are you aware of a situation with Miss Camara

2        that occurred in June of 2020?

3        A. I am.

4   Q.   And when did you become aware of that?

5        A. So on the actual date, I believe.  Another

6        staff member had actually forwarded me a

7        screenshot saying that this was something that

8        could potentially become an issue, and that they

9        wanted administration to be aware.

10               MR. GAGLIARDI:  Madam Arbitrator, I

11       would like to object on the grounds that I believe

12       this testimony is going to be cumulative.  Can we

13       have a very brief caucus to discuss this, because

14       we already know how the text messages got to the

15       administration.  I don't know what this witness

16       has to offer, unless Mr. Assad can tell us.

17               MR. ASSAD:  We've spent hours over

18       here going over different issues about what was

19       looked at, what went to the administration, and

20       now we have teachers who are actually there, who

21       can testify as to their personal knowledge, and

22       for whatever reason, I can't imagine a reason why

23       their testimony would not be relevant.

24               MR. GAGLIARDI:  Because we've already

25       had witnesses testify as to how the School

1     immediately, and she had asked for me to forward

2     the message.

3  Q.   Did anyone else contact you concerning the

4     screenshot?

5     A. Not in that exact moment, but I think days

6     later other staff members had been in contact,

7     yes.

8  Q.   And did they express how they felt about that?

9     A. Yeah.  I mean, everyone was really kind of

10    taken aback by the comment itself and the nature

11    of the comment, and many people were really upset

12    that a comment of that nature would be shared

13    publicly.

14 Q.   Why were they concerned about that?

15    A. I think the nature of the comment.

16 Q.   And what was the nature of the comment?

17    A. The comment in question is that there's one

18    supreme race and gender.  I felt they felt it was

19    racist and sexist.

20 Q.   Did you feel that way?

21    A. I did.

22 Q.   I'm going to show you, this is Page 9, is this the

23    screenshot that you received?

24    A. Yes.

25 Q.   And that is that, "There is one supreme race and

 1        basically he's a clinical social worker.  He

 2        doesn't have any authority to discipline, but he

 3        is certainly a member of the faculty.

 4                    ARBITRATOR NEUMEIER:   I understand

 5        that, and I have said you can go ahead and

 6        question him.

 7                    MR. ASSAD:   Thank you.

 8    Q.  Did several individuals contact you concerning the

 9        post?

10    A.  Yes.

11    Q.  And as a result of receiving those contacts, who

12        did you advise?  Who did you report that to?

13    A.  Maria Pontes.

14    Q.  And Maria Pontes was the principal at the time at

15        Kuss Middle School?

16    A.  Yes.

17    Q.  Were you involved in any discussions with other

18        faculty members as a result of the post by Miss

19        Camara?

20    A.  Informally, yes.

21    Q.  And approximately how many faculty members did you

22        have discussions with concerning Mrs. Camara's

23        post?

24    A.  So some who had reached out were actually

25        former employees there or Fall River employees,

1       but overall probably 15 to 20.

2    Q.  And what did they say?

3                   MR. GAGLIARDI:  Objection.  Hearsay.

4                   MR. ASSAD:  This is an arbitration.

5                   MR. GAGLIARDI:  We still follow the

6       Rules of Evidence.

7                   MR. ASSAD:  No.

8                   MR. GAGLIARDI:  It's hearsay.  You're

9       using it to prove the matter asserted.

10                   ARBITRATOR NEUMEIER:  I'm going to

11      allow it for the limited purpose of showing the

12      kinds of messages that were coming into the

13      administration.

14   A.  So I don't know exact quotes by any means, but

15      people were very bothered by a statement of that

16      nature, and were hoping that, you know, there was

17      an explanation as to why that would be.  And many

18      were very upset of the impact that this would have

19      on our students and our families.

20   Q.  When you read the post, how did it make you feel?

21   A.  Honestly, it was jarring for me, so I --

22                   MR. GAGLIARDI:  Sorry, I'm going to

23      object.  What do you mean post?  Can you be

24      specific.  Which post are you referring to?

25   Q.  When you read the post that said, from Taryn Lopes

1    Q.   Page 9, the comment or statement under Taryn Lopes

2         Camara, "There is one supreme race and gender and

3         that is the white man," is that what you were

4         referring to?

5         A. Yes.  So for me that was jarring, and it didn't

6         sit well.  I had worked well with Taryn in years

7         past, and it bothered me that an educator could

8         use a statement like this.

9    Q.   It's important, is it not, in the school setting

10        that a student would have trust in a teacher?

11        A. Absolutely.

12   Q.   Did you personally discuss this particular post

13        with other teachers or faculty members?

14        A. I think in any of those discussions I referred

15        to earlier, it was really in regards to that

16        particular post, yes.

17   Q.   And what did you say about it?

18        A. Just, I think the comment theme was just that

19        this was not -- this was not an acceptable

20        behavior, and that, you know, it really violated

21        the safety and the equity that we try to promote

22        at Kuss, and we were worried of the impact this

23        could have on the community and all the

24        stakeholders, family members, students,

25        colleagues.

1    Q.   Would you say the operation at Kuss was disrupted

2         as a result of that particular comment on Page 9?

3         A. It's difficult to say because we were disrupted

4         due to a world pandemic that was going on at the

5         same time, but I would definitely say personally,

6         and people that I have spoken to, it was difficult

7         to kind of sit with this unrest.  It was uneasy

8         moving forward and not really knowing any of the

9         investigation or the outcome at that point.

10   Q.   And we now know that the outcome was that she was

11        terminated; right?

12        A. Yes.

13   Q.   Since her termination, has the unrest been any

14        better or worse or the same with respect to this

15        particular issue?

16        A. I would say honestly I haven't heard much about

17        it at all since the termination.  At that point I

18        think people had stopped talking.

19   Q.   After she was terminated?

20        A. Yes.

21                   MR. ASSAD:  I have no further

22        questions.

23                   ARBITRATOR NEUMEIER: Any

24        cross-examination?

25                   MR. GAGLIARDI:  Yes.