# In The Matter Of:

*Arbitration*

*Taryn Camara and Fall River Public Schools*

*May 25, 2021*



1            AMERICAN ARBITRATION ASSOCIATION

2

3     PROCEEDINGS IN RE VIA VIDEOCONFERENCE:

4     CASE NUMBER:  01-20-0014-5686

5     TARYN CAMARA

6     -and-

7     FALL RIVER PUBLIC SCHOOLS

8     GRIEVANCE:  MASSACHUSETTS GENERAL LAW CHAPTER 71
9                 SECTION 42 -- DISMISSAL

10

11                    MAY 25, 2021
12                    10:00 A.M.

13

14     BEFORE VIA VIDEOCONFERENCE:

15     ARBITRATOR ELIZABETH NEUMEIER

16

17     APPEARANCES VIA VIDEOCONFERENCE:

18     FOR THE PETITIONER:
      LAW OFFICE OF MARK P. GAGLIARDI
19     BY:  MARK P. GAGLIARDI, ESQUIRE

20     FOR THE RESPONDENT:
      LAW OFFICE OF BRUCE A. ASSAD
21     BY:  BRUCE A. ASSAD, ESQUIRE

22     ALSO PRESENT VIA VIDEOCONFERENCE:  TARYN CAMARA,
      JOLENE SMITH, THOMAS COOGAN, SHERI DiPRETE
23

24

25

```
 1                        I N D E X

 2    WITNESS                                      PAGE

 3    THOMAS COOGAN
           DIRECT EXAMINATION BY MR. ASSAD          24
 4    MARIA PONTES
           DIRECT EXAMINATION BY MR. ASSAD          93
 5         CROSS-EXAMINATION BY MR. GAGLIARDI      114
           REDIRECT EXAMINATION BY MR. ASSAD       177
 6         RECROSS-EXAMINATION BY MR. GAGLIARDI    177
           FURTHER REDIRECT EXAMINATION BY MR. ASSAD  178
 7

 8                      E X H I B I T S

 9     NO.                 DESCRIPTION             PAGE

10              EXHIBITS MARKED IN FULL

11    EXHIBIT 12    FALL RIVER SCHOOLS ENROLLMENT DATA   31
                    (2019-2020)
12
      EXHIBIT 13    POLICY - SOCIAL NETWORKING WEBSITES  32
13                  (FILE:  IJNDD)

14    EXHIBIT 14    FRSD ANSWERS TO INTERROGATORIES      56

15    EXHIBIT 15    E-MAIL - MICHAEL MIDDLETON - JUNE    85
                    5, 2020
16
      EXHIBIT 16    TARYN CAMARA - SCREENSHOTS - 4       85
17                  PAGES

18    EXHIBIT 17    TARYN CAMARA - SCREENSHOTS - 4       85
                    PAGES
19
      EXHIBIT 18    TARYN CAMARA - SCREENSHOTS - 4       85
20                  PAGES

21    EXHIBIT 19    TARYN CAMARA - SCREENSHOTS - 4       85
                    PAGES
22
      EXHIBIT 20    TARYN CAMARA - SCREENSHOTS - 4       85
23                  PAGES

24    EXHIBIT 21    E-MAIL - THOMAS COOGAN TO TARYN      85
                    CAMARA - JUNE 5, 2020 RE:
25                  ADMINISTRATIVE LEAVE

          ALLIED COURT REPORTERS, INC. (401) 946-5500
```

1          A. I am.

2     Q.   Let me show you a document that is shown as

3          Exhibit 12, Bates stamped 71 and 72, and ask if

4          you can identify that for us, please?

5          A. The Massachusetts Department of Elementary and

6          Secondary Ed., which we usually refer to as DESE,

7          D-E-S-E, requires a great deal of information on

8          every aspect of the students and staff in the

9          district.  They maintain a district profile of

10         enrollment data, which is updated several times a

11         year.  This is the enrollment data for the '19/'20

12         school year.

13    Q.   And what does it show, sir, in terms of race?

14         A. So if you look at the paper at the top, the

15         first item underneath the title Enrollment Data

16         shows a race and ethnic background of the district

17         compared with that of the state.  If you look

18         down, the fourth or fifth item down there, the

19         white population of the district is just under

20         49 percent, which means approximately 51, slightly

21         higher than 51 percent is nonwhite, racially

22         diverse.

23              MR. ASSAD:  I'd ask that that be

24         introduced as an exhibit.

25              MR. GAGLIARDI:  No objection.

1      of the statements made in them.

2    Q.   And how did you become aware of that?

3         A. Apparently the posts had taken place during the

4         day.  We were still in school at that point, and

5         June 5th was a Friday.  The principal, Maria

6         Pontes, made me aware at the time that these

7         remarks were being forwarded to her by other staff

8         members, and she was making me aware because of

9         the nature of the remarks, that it was going to

10        draw some attention to the school.

11   Q.   What did you do as a result of that?

12        A. I recall receiving those texts a little later

13        in the afternoon, and I communicated those to the

14        superintendent about the remarks.  I also

15        contacted Rebecca Cusick, the president of the

16        local teachers' union, FREA, Fall River Educators'

17        Association, and spoke to her about the need to

18        make sure that the employee had representation,

19        but that we were going to need to react to the

20        remarks that were made, the posts that were made.

21   Q.   And why was there a need to react?

22        A. The remarks were beginning to drawn commentary

23        from both inside and outside the district.

24        Apparently, within the thread of the posts, she

25        was interacting with several other staff members,

1  and we were starting to receive e-mails.

2       At the time, the district had a program that

3  fielded complaints from the community.  There were

4  remarks coming in over that process, over that

5  application, and also e-mails were being forwarded

6  to the principal, the superintendent, as well as

7  to the district webmaster.

8  Q.  And I'm going to ask that you take a look at

9       Exhibit 1, and it's Bates stamped 7 through 15,

10       which are excerpts from screenshots.  Would you

11       take a look at that, and review them to yourself,

12       please.

13           MR. GAGLIARDI:  I'm sorry, did you

14       say Bates numbers 7 to 15?

15           MR. ASSAD:  Correct.  Exhibit A

16       marked to the Exhibit 1.

17           MR. GAGLIARDI:  Okay.

18  Q.  Do you recall seeing those before?

19  A. Yes.

20  Q.  And do you recall when you saw them, and how you

21       received them?

22  A. I received these in various screenshot forms in

23       sort of clumps, in twos and fews (sic) as they

24       came in.  Sometimes I would receive them and it

25       would be a repeat of an earlier screenshot I

1    received.  They were being sent in attached to

2    e-mails over that entire weekend following June

3    5th.

4  Q.  How would you characterize these e-mails?

5    A. It was a little confusing at first because the

6    nature of the screenshot is that it may have a

7    reference to a time, but it doesn't have a date

8    and time stamp, so they're not necessarily in

9    sequence, so you have to try to order them to make

10    sense of them.

11        There's also a lot of references in there

12    that are nonspecific, that don't necessarily

13    characterize something as right or wrong, or in

14    support of one thing or another, so it's a little

15    hard to follow.  So the general nature of the

16    comments doesn't really make it clear what

17    happened.

18  Q.  I'm going to ask that you take a look at Bates

19    stamp 7, and you see a cite from Taryn Lopes

20    Camara?

21    A. Yes.

22  Q.  That is Miss Camara; correct?

23    A. That is.

24  Q.  And how would you characterize that publication?

25    A. It's a remark in support of Candace Owens, who

1   A. No, she did not disown those comments.  As a

2   matter of fact, I think in her written statement

3   she acknowledges the seriousness of the comments

4   and the controversy they caused.  And she knows

5   that it -- she's aware that it put the district

6   and the school in a bad light, and has put her in

7   a bad light.

8   Q.  I'm going to ask that you take a look at an

9   exhibit that's Bates stamped 17 and 18.

10             MR. ASSAD:  Which is Exhibit 1, Madam

11  Arbitrator.  Exhibit 1 -- Exhibit B of Exhibit 1,

12  17 and 18.

13  Q.  I'd ask that you take a look at that, Mr. Coogan.

14             (WITNESS PERUSING DOCUMENT)

15  A. This is the written statement submitted by Miss

16  Camara at that meeting.

17  Q.  And, Mr. Coogan, do you have any personal

18  knowledge of the fact that this was a widely

19  discussed Facebook comment that she made in the

20  public and in the school system?

21  A. Personal knowledge, I was not involved in this

22  thread on Facebook personally; however, over the

23  weekend, the evening of June 5th, the 6th, the

24  7th, and up until the 8th, we were receiving

25  contact from outside through a variety of sources,

1    e-mails, our software for registering complaints,

2    forwarded screenshots, et cetera.  I believe there

3    was probably eight to 10 over Saturday, Sunday,

4    complaints, comments that came in through Miss

5    Pontes, Superintendent Malone, or into the central

6    office, complaints.

7         In her commentary, in her statement she

8    acknowledges that it's been repeated multiple

9    times, and it's all over social media, and that

10   she hasn't engaged in it further since realizing

11   what happened.

12   Q.  And that would be in the second paragraph on the

13       first page of Page 17, it mentions --

14       A. That's correct.

15   Q.  "I then was directed to go back to the specific

16       words that now have been aired all over social

17       media," is that what you're referring to?

18       A. Yes.

19   Q.  On Page 18 she makes statements as to what her

20       belief is of the words she actually printed or

21       voice texted?

22       A. Yes.

23   Q.  And what was that statement?

24       A. So she, in her first paragraph, she talks about

25       the fact that voice-to-text had edited her

1    of the entirety of all those e-mails.  I'm on the

2    left-hand side.  The last two lines are carbon

3    copies to herself, myself, and the superintendent.

4              MR. GAGLIARDI:  Okay, I'm sorry, I

5    didn't see that.  I stand corrected, sorry.

6              THE WITNESS:  Thank you.

7    A. This is a statement that Miss Cusick put

8    together to attempt to calm the waters among the

9    staff.  It was sent to Maria Pontes, and Maria

10   Pontes then forwarded it to all the people that

11   are on Page 167, which is an e-mail group for

12   communication with her staff that includes

13   teachers, paraprofessionals, and others, anybody

14   who is at the Kuss building.

15   Q.  Did you have a conversation with Miss Cusick

16       relative to sending this to her members?

17   A. I don't recall specifically.  The nature of the

18   comments was, again, we had talked over the

19   weekend.  We had met earlier that day on June 8th

20   with Miss Camara.  She was aware that this was

21   causing quite a bit of disturbance within the

22   staff and the membership, and so she sent this

23   remark to Maria Pontes.  Maria Pontes then shared

24   it not only with the teachers' union within her

25   building, but also with the rest of her staff,

1    because the 72 hours following the incident, the

2    thread was creating sort of a little bit of a

3    firestorm as the remarks went viral and people

4    were repeating things.

5    Q.   When you say a little bit of a firestorm, was

6         there disruption in the efficiency of the

7         operation?

8         A. Yeah, to the extent it became the focus of

9         business on that day.

10   Q.   And in the letter itself that Miss Cusick

11        prepared, she mentions in the first paragraph that

12        the situation is serious, what transpired with

13        respect with Miss Camara and what she posted is

14        serious?

15        A. Yes.

16   Q.   And she also, in the second paragraph -- and it's

17        your characterization that counts -- the statement

18        that this was widespread, it was viral, as you

19        said?

20        A. Yeah, it was becoming a topic of news

21        organizations.  Typically when something happens,

22        whether it be a school cancellation for snow or

23        something more serious, the death of a student, an

24        accident, a disruption in a building, you get,

25        over the next 24 to 48 hours, news organizations

```
 1         begin to contact us for comment or a statement.
 2    Q.   And it mentions about the committee and the
 3         administration receiving angry e-mails and calls
 4         demanding they take action; are you aware of that?
 5    A.   Yes.  I received some of those as well.  The
 6         superintendent received them and shared them with
 7         me.  There were people that, you know, had
 8         commented.  As I said, there were probably eight
 9         to 10 comments over the weekend prior to us
10         meeting again on the 8th.
11                   MR. ASSAD:  I'd ask that this be
12         introduced as an exhibit.
13                   MR. GAGLIARDI:  No objection.
14                   ARBITRATOR NEUMEIER:  Okay,
15         Respondent's Exhibit 30 is admitted.  Thank you.
16             (RESPONDENT'S EXHIBIT 30 MARKED IN FULL)
17                   MR. ASSAD:  Madam Arbitrator, I'm
18         going to ask that Mr. Coogan look at Exhibits 15
19         through 34, and the reason why I would like some
20         leeway in having him do that is several of them
21         are the screenshots that he had received, as well
22         as the e-mails he had seen, that he basically is
23         testifying to what happened over the weekend and
24         also going forward after that in terms of what the
25         School Department received.  It would be a lot
```

1    myself.

2         And on Page 113, that is my communication to

3    the superintendent.  Please forgive the spelling

4    errors.  It says, "Matt, we have one of the Kuss

5    staff, a special ed. teacher, Taryn Camara, who

6    posted some inappropriate comments on Facebook.

7    They had a conversation based on a post by an

8    African American woman who went on the air with a

9    Facebook post stating that George Floyd is not a

10   martyr.  She ran with it and got caught up.  All I

11   see are a bunch of screenshots.  Maria's staff

12   sent some to her, and the teacher, T. Camara, then

13   deleted the conversation.  Now some people have

14   pieces of that conversation and are disseminating

15   them and identifying her as an FRPS teacher."  So

16   this was making him aware that, you know, we were

17   having a public review of this incident.

18        And his response is on the next page at the

19   bottom.  My box is in the blue.  His comment was,

20   "Wonderful."  And I said, "I asked Frank to see if

21   he could give it a look."  That was me responding

22   to the superintendent that I've had our webmaster

23   monitoring the chatter on social media that was

24   taking place.

25        On the next page, which would be Page 115,

1    that individual identified in the middle of the

2    page there is a news reporter from Channel 10 in

3    Providence, Rhode Island, and he says -- I can't

4    read what's in blue on this page, but at the top

5    of the page they identify that the comments were

6    made by a special ed. teacher in Fall River.  And

7    then in the middle, this commenter is Mario

8    Hilario, who is a commenter from NBC 10 in

9    Providence, he said, "Oh, my God.  Can you put

10   this on our WJAR NBC 10 Facebook page.  I have

11   trouble sharing things sent to me on Messenger."

12   So people were sending him things, and he was

13   attempting to get them onto the news station's

14   website.

15   Q.   Exhibit 20, beginning at Page 117.

16   A. So, again, an e-mail to myself with a number of

17   screenshots, and, again, threads from the

18   conversation.  Because we didn't have access to

19   the entire conversation, as I was getting

20   screenshots of threads, I was saving them and

21   sending them to myself for some attempt to

22   reassemble them to establish a context in a

23   thread.  So a lot of these are repeats and pieces

24   of earlier interactions between Miss Camara and

25   some of the staff that we reviewed earlier.

1        MR. ASSAD:  Yes, ma'am.  I just

2    wanted to let everyone know that that is the

3    actual document that was sent to Miss Camara by

4    Mr. Coogan.

5        ARBITRATOR NEUMEIER:  Okay, thank

6    you.

7  Q.  Next is Exhibit 22, Bates 128.

8    A. This is a comment from a former FRPS student, I

9    believe, Kayla Medeiros, and on Page 128 and 129

10   there are a series of screenshots, and they were

11   sent originally to the principal of the school,

12   Maria Pontes.  And she says, "Hello, I'm Kayla

13   Medeiros.  I'm writing this to let you know my

14   concern with one of your Special Education

15   teachers, as I feel as though this comment is

16   disrespectful and unprofessional."

17 Q.  Next would be Exhibit 23, beginning at Page 132.

18   A. So on Page 132, there's an e-mail to Principal

19   Marie Pontes from -- through the website.  You see

20   that it copies the webmaster, and it says, "Good

21   morning, Principal Pontes.  I was scrolling down

22   Facebook where one of your Special Education

23   inclusion teachers, Taryn Lopes Camara, posted an

24   extremely inappropriate comment about the racial

25   tensions going on."  I'm sorry, this is on Page

1    132 in that binder, the Bates stamp.

2    "...extremely inappropriate comment about the

3    racial tensions going on.  She is openly saying

4    white is the superior race, and male is the

5    superior gender.  This is not someone who should

6    be working around children and especially ones who

7    need extra care.  This woman has no respect for

8    people of color.  She barely has any human

9    decency.  I believe there needs to be an

10   investigation of whether she is right for this

11   position.  These children should not be taught by

12   someone with such a bias."  And signed Brianna

13   Gill.

14 Q.  Next would be Exhibit 24, Bates stamp 134.

15   A. This is an e-mail to the Superintendent from an

16   individual identified as Alice Bloomer.  I don't

17   know if she has any connection to the district or

18   not.  "You have a white supremacist as a teacher.

19   Please fire her.  This is not okay."  Signed,

20   Alice Bloomer.

21        The superintendent responded, "This was

22   brought to our attention on Friday."  He received

23   this e-mail on Sunday.  "We launched an immediate

24   investigation which is ongoing.  I cannot disclose

25   any more information beyond this.  Know that I am

```
 1              outraged and our school system does not and will
 2              not tolerate racism, bigotry, or hate at any level
 3              within our ranks.  I appreciate you for contacting
 4              me and bringing this to my attention.  Cordially,
 5              Matt HM."
 6      Q.    Next would be Exhibit 25, Bates stamp 137.
 7              A. This is an e-mail to the president of the
 8              union, Rebecca Cusick, and the e-mail is copied.
 9              It says -- I'm sorry, Matt Malone forwarded it to
10              her.  He received it from this individual called
11              Angely Valle, and she writes, "Over the weekend I
12              was informed about a teacher named Taryn Camara
13              who works in the Fall River Schools Special
14              Education Department.  Racist comments were made
15              by her on her personal Facebook page claiming that
16              white men are the superior race.  I am personally
17              affected by her posts in a multitude of ways.  As
18              a future educator myself, I would never allow
19              somebody like that around students, especially
20              vulnerable special needs students.  Please address
21              this publicly, as well as what the Fall River
22              School Department will be doing in the future to
23              ensure they do not employ any racist teachers.
24              This is a detrimental matter."
25                   It was sent to the superintendent, and he
```

1    responds, "This was brought to our attention

2    Friday.  We launched an immediate investigation

3    which is ongoing.  I cannot disclose any

4    information beyond this.  Know that I am outraged,

5    and our school system does not and will not

6    tolerate racism, bigotry, or hate at any levels

7    within our ranks.  I appreciate you for contacting

8    and bringing this to my attention."  And then this

9    appears to have been forwarded to myself and

10   Rebecca Cusick on Sunday.

11   Q.   Go to Exhibit 26, Bates stamp 140.

12   A.   Exhibit 26 is from an individual named Lily

13   MacDonald.  Again, it was Sunday evening at 6:00

14   when she sent this, and she says, "I am hoping

15   this situation is taken care of."  Actually, first

16   she writes at 9:00 Sunday morning, she says, "I am

17   writing to inform you of some behavior that has

18   taken place online from one of your educators at

19   Kuss Middle School.  Special Education teacher

20   Taryn Camara made a disgusting, racist, sexist,

21   supremacist remark on Facebook.  I will attach a

22   screenshot of the comment below."

23        "Coming from a fellow educator, I think this

24   is disgusting.  Fall River public schools service

25   a large, diverse population of students, and to

1    have someone working with these students --

2    especially special needs student -- who makes

3    their online views about white supremacy know is

4    not only irresponsible, but dangerous, aside from

5    being a gross misrepresentation of the Fall River

6    Schools' mission statement."

7        "This comment has circulated widely on social

8    media, and I assume it will continue to.  With

9    everything going on in America right now, it is

10   important schools play a role in letting children

11   know they are safe, protected, and cared about.

12   But employing a teacher who says these things does

13   the opposite."

14       "I looked forward to hearing back from you in

15   regard to this incident, and will be disheartened

16   if you make the choice to keep employing this

17   individual.  Again I have attached the photo

18   below.  Thank you for your time."

19       At the time Dr. Malone responded with his

20   stock response about brought to our attention on

21   Friday, it's an ongoing matter, and this hate

22   speech will not be tolerated.  That's his standard

23   response he has given to the other two.

24       And she responds, "I am hoping this situation

25   will be taken care of.  You may want to address

```
 1              the issue publicly as it has spread all over
 2              social media and has caused outrage in the
 3              community."
 4      Q.      Exhibit 27, it starts with Bates stamp 145.
 5              A. So this is an e-mail thread going back and
 6              forth between myself, the webmaster, and Dr.
 7              Malone, and it also includes Assistant
 8              Superintendent Pontes.  I'll start from the bottom
 9              of Page 146.  I sent some screenshots, and it
10              looked like I tried to put the screenshots in some
11              sort of order based on what took place over the
12              weekend, and it says, "Here are whatever you had
13              shared with me for screenshots.  I assembled them
14              in order of the times on the screenshots -- since
15              the conversation thread was deleted.  If we are
16              able to get an accurate version of the thread, if
17              available, that would be better."  That's because
18              the screenshots form like a mosaic, and we kept
19              trying to assemble it in what appeared to be the
20              thread of the conversation.
21                   And the webmaster replies at the top of the
22              page, he says, "So crazy.  Bet she wishes she
23              spent her day on Google classroom instead of
24              Facebook."  These evidently occurred during the
25              day, the comments.
```

1    protocol, there may or may not be a statement at

2    the conclusion, but there is going to have to be

3    some kind of statement at the end of this mess.

4    Meaning, we're going to have something ready for

5    the press because we're already getting chatter

6    out there from news stations and stuff.

7  Q.   Was it getting out of control?

8    A. I don't know that it ever is in control with

9    the media.  I think what happens is you have to

10   have some sort of a prepared response ready so

11   that remarks don't get taken incorrectly.

12 Q.   Exhibit 28, Bates stamp 155.

13   A. The district used an application or a software

14   program called K12 Let's Talk, and that was

15   designed to field complaints and comments from

16   community members and parents.  So the top of Page

17   155 you'll see that there's an e-mail from

18   donotreply@K12-lets-talk.  That was the software

19   application.  This is an e-mail that's forwarded

20   to me because it relates to an employee, and it's

21   from an individual identified as Dorian Frenette,

22   and there's an attachment that has one of the

23   screenshots, and it says, "This was posted on

24   social media by a special ed. teacher in the Fall

25   River public school system.  I am disgusted that

1        someone with such intense racist views is teaching

2        our next generation.  I hope this will be dealt

3        with swiftly.  Thank you."  And as you can see

4        from the time stamp, received June 5th, 1:41.

5        This was already coming in in the middle of the

6        day on Friday while we were still in school.

7   Q.   Next would be Exhibit 29, Bates stamp 159.

8        A. So this is a screenshot that was sent to me.

9        On Page 159 you can see the e-mail sending it from

10       my phone to myself.  On the next page, this

11       appears to be an attempt by Miss Camara to

12       explain, you know, the remarks were incorrectly

13       interpreted, and she's trying to defend herself.

14       And this other individual -- it says 25 previous

15       replies at the bottom.  It says Alyssa Jade

16       Brillo, Taryn Lopes.  I don't know who these

17       individuals are, but that's Miss Camara's attempt

18       on Facebook to defend herself.

19           There is another post on Page 162, which is

20       Miss Camara responding to somebody again trying to

21       explain that wasn't her intent.  And, again,

22       that's at 3:45 in the afternoon.

23           Exhibit 30, on Page 165, is the e-mail we

24       read earlier, which was the attempt by the

25       president of the union to her colleagues at the

1        Kuss Middle School in response to the unfolding

2        events.   That was sent on Monday evening, June

3        8th.

4    Q.  Exhibit 31?

5        A. On Page 169, this is an e-mail from Brian

6        Mikolazyk, who runs our student information

7        system.   Mr. Mikolazyk sent me the evidence that

8        Miss Camara had acknowledged receipt of the social

9        media policy.   The report that indicates that is

10       on Page 170, and Miss Camara is the third name

11       from the top of the list.   At the top of that

12       page, which is landscape printed, it says the Fall

13       River Public Schools Social Media Policy, and this

14       is a report indicating who accepted it and who

15       marked themselves present for having accepting it,

16       and Miss Camara is indicated on that page.

17   Q.  Mr. Coogan, could you refer to Exhibit 32, please,

18       on Page 172.

19       A. This is an e-mail exchange between Michael

20       Losche, who is the assistant superintendent for

21       special ed. services in Fall River, and as part of

22       his role as the assistant superintendent for

23       special education he deals with a group called

24       SEPAC, which stands for Special Education Parents

25       Advisory Committee.   The president of that

1    committee is an individual named Tiffany Pineault.

2          On the bottom of the Page 173, she sends a

3    post from Miss Camara, and it says -- it's to

4    Mr. Losche, and it says, "I feel I need to share

5    this post.  It's being shared on Facebook.  I

6    believe she is a special ed. teacher at Kuss."

7    And she sent the screenshot from the Facebook

8    page.

9          And then Mike Losche -- again, that's on

10   Monday.  He sent it along first thing in the

11   morning to say:  "I received this Sunday.  I am

12   sure some of you might be aware of this post

13   already, but this was forwarded to me by the SEPAC

14   president, Tiffany Pineault."

15   Q.  Exhibit 33?

16   A.  It's an e-mail from Maria Pontes to Tom Coogan.

17   This is from -- it's forwarded from a student of

18   the district, and the student can be identified in

19   the middle of Page 176.  Just below the blue print

20   there, you see the quote from Gandhi, "Be the

21   change you wish to see in the world," there is a

22   forwarded message.  The message is from Hailie

23   Torres, and the coding we use for our students in

24   Fall River is we issue them an e-mail address with

25   their year of graduation.  So her year of

1    graduation is 2025.  Her name is Hailie Torres,

2    and it's at frpsstudent.org, and we can control

3    the e-mail accounts that fall under that domain

4    of frpsstudent.org.

5         So the first thing identifies the year of

6    graduation, so we know the age of the student.

7    And as they move up from elementary to middle to

8    high school, we have different privilege levels

9    that we allow them to see for websites and

10   everything else.  So the e-mail address this is

11   being sent from indicates this is a current Fall

12   River student.  The subject is, "Listen I know you

13   guys probably aren't going to take this seriously

14   but we thought it might be a good thing to bring

15   it to your attention."  And she sends it to the

16   admin team, the administration team at Kuss Middle

17   School, which is Maria Pontes; Rosemary Reis, who

18   is a counselor; Matt Silva, who is a counselor;

19   Robert Thorpe, who is the Guidance Department; and

20   Rodriguez, who was another student.  Again, you

21   can identify him as a student by the year of

22   graduation, the name, and then FRPS student.

23   "It's whatever if she has her opinions or

24   whatever, but when she is posting it online and

25   your STUDENTS can see it and share to other

1    students, I don't know about you, but I see a

2    problem.  Kids' feelings can get hurt by stuff

3    like this."

4          And then the next page you see it says,

5    "Disgusting and apparently a special ed. teacher

6    in Fall River."  And it's the screenshot with the

7    infamous quote again.

8    Q.  And Exhibit 34?

9    A. Exhibit 34 is a montage of various screenshots,

10   probably all of which have been seen multiple

11   times today.  The first is a brief bio on Candace

12   Owens.

13   Q.  Rather than going through all of them one by one,

14   have these screenshots come into your possession

15   during the investigation?

16   A. Yes.

17   Q.  And are they the same type of screenshots that we

18   just elicited and you testified to?

19   A. Yes.

20              MR. ASSAD:  Madam Arbitrator, I'd ask

21   that the Exhibits 15 through 34 be admitted.

22              MR. GAGLIARDI:  No objection.

23              ARBITRATOR NEUMEIER:  All right, they

24   are so admitted, Respondent 15 through 34.

25      (RESPONDENT'S EXHIBITS 15-34 MARKED IN FULL)

1    Q.   Did she offer anything additional?

2         A. No, only that the context of the remarks was

3    misunderstood.  He also questioned her about

4    something that was sent to us on her Facebook page

5    where she simulated a Nazi gesture where she put

6    her hand over her mouth in a Nazi salute.

7              And her explanation for that picture was that

8    it was -- she was replicating a scene from a

9    movie, Bridesmaids, and making fun of, or joking

10   with an individual that she had seen on this trip,

11   or whatever, but it was up on her Facebook page.

12   She apparently had a lot of pictures up on her

13   Facebook page, and somebody saw that one and sent

14   it to us as another indicator of her bias and

15   prejudices.

16              MR. ASSAD:  Thank you.  I have no

17   further questions at this time.

18              ARBITRATOR NEUMEIER:  Okay, it's

19   1:47, so thank you, Mr. Coogan, and we'll have to

20   let you know when you need to come back for

21   cross-examination.

22              THE WITNESS:  Okay, so I have a 2:00

23   appointment in the neighboring town in Somerset.

24   I'm going to go to that right now.  I can return

25   after that if you have a need for further