# In The Matter Of:

*Arbitration*

*Taryn Camara and Fall River Public Schools*

*May 25, 2021*



ALLIED COURT REPORTERS, INC.
—AND—
VIDEO CONFERENCE CENTERS

50 YEARS

```
 1              AMERICAN ARBITRATION ASSOCIATION
 2
 3      PROCEEDINGS IN RE VIA VIDEOCONFERENCE:
 4      CASE NUMBER:   01-20-0014-5686
 5      TARYN CAMARA
 6      -and-
 7      FALL RIVER PUBLIC SCHOOLS
 8      GRIEVANCE:   MASSACHUSETTS GENERAL LAW CHAPTER 71
                    SECTION 42 -- DISMISSAL
 9
10
11                                      MAY 25, 2021
                                        10:00 A.M.
12
13
14      BEFORE VIA VIDEOCONFERENCE:
15      ARBITRATOR ELIZABETH NEUMEIER
16
17      APPEARANCES VIA VIDEOCONFERENCE:
18      FOR THE PETITIONER:
        LAW OFFICE OF MARK P. GAGLIARDI
19      BY:  MARK P. GAGLIARDI, ESQUIRE
20      FOR THE RESPONDENT:
        LAW OFFICE OF BRUCE A. ASSAD
21      BY:  BRUCE A. ASSAD, ESQUIRE
22      ALSO PRESENT VIA VIDEOCONFERENCE:   TARYN CAMARA,
        JOLENE SMITH, THOMAS COOGAN, SHERI DiPRETE
23
24
25
```

```
                          I N D E X

   WITNESS                                                   PAGE

   THOMAS COOGAN
        DIRECT EXAMINATION BY MR. ASSAD                      24
   MARIA PONTES
        DIRECT EXAMINATION BY MR. ASSAD                      93
        CROSS-EXAMINATION BY MR. GAGLIARDI                   114
        REDIRECT EXAMINATION BY MR. ASSAD                    177
        RECROSS-EXAMINATION BY MR. GAGLIARDI                 177
        FURTHER REDIRECT EXAMINATION BY MR. ASSAD            178


                         E X H I B I T S

   NO.                      DESCRIPTION                      PAGE

                     EXHIBITS MARKED IN FULL

   EXHIBIT 12    FALL RIVER SCHOOLS ENROLLMENT DATA           31
                 (2019-2020)

   EXHIBIT 13    POLICY - SOCIAL NETWORKING WEBSITES          32
                 (FILE:  IJNDD)

   EXHIBIT 14    FRSD ANSWERS TO INTERROGATORIES              56

   EXHIBIT 15    E-MAIL - MICHAEL MIDDLETON - JUNE            85
                 5, 2020

   EXHIBIT 16    TARYN CAMARA - SCREENSHOTS - 4               85
                 PAGES

   EXHIBIT 17    TARYN CAMARA - SCREENSHOTS - 4               85
                 PAGES

   EXHIBIT 18    TARYN CAMARA - SCREENSHOTS - 4               85
                 PAGES

   EXHIBIT 19    TARYN CAMARA - SCREENSHOTS - 4               85
                 PAGES

   EXHIBIT 20    TARYN CAMARA - SCREENSHOTS - 4               85
                 PAGES

   EXHIBIT 21    E-MAIL - THOMAS COOGAN TO TARYN              85
                 CAMARA - JUNE 5, 2020 RE:
                 ADMINISTRATIVE LEAVE

              ALLIED COURT REPORTERS, INC. (401) 946-5500
```

1    e-mail that was sent from somebody in the
2    community.  And Number 28 was an e-mail that was
3    sent.  It was via e-mail.  And Number 29 was an
4    e-mail.  And Number 30 was an e-mail.  This was an
5    e-mail, too, Number 31 was an e-mail.
6    Q. Now, did you receive what we just went over at the
7       time you heard this from Matt Silva?
8    A. Did I receive --
9    Q. Yes.
10   A. Yes.
11   Q. And how would you characterize these screenshots?
12   A. Well, I mean, I think they're racially charged.
13      Some of the language in there is strong,
14      inappropriate.
15   Q. You said you went to see Mr. Coogan?
16   A. Yes.
17   Q. And you had a discussion with Mr. Coogan?
18   A. Yeah.  I mean, I was, you know, taken aback.  I
19      went to him, and I said, I think we have a
20      problem, because there was some conversation back
21      and forth.  I saw some of my other teachers also
22      were part of the conversation, so I just showed
23      him what was coming to me at the time.
24   Q. Let me show you on Page 20 a comment made by Miss
25      Camara.

1       A. Yes.
2    Q. Do you recall seeing that?
3       A. Yes.
4    Q. Please relate to the arbitrator what your
5       characterization of that message is?
6              ARBITRATOR NEUMEIER: Excuse me,
7       you're saying Page 20, is that Bates 20?
8              MR. ASSAD: Yes, ma'am.
9              ARBITRATOR NEUMEIER: Okay, thank
10      you. I just wanted to be clear.
11      A. This comment right here (indicating)?
12   Q. Yeah.
13      A. I mean, it has racial, you know, implications.
14   Q. Is it a racist statement?
15      A. Yes.
16   Q. That statement is, "There is one supreme race and
17      gender and that is the white man"?
18      A. Uh-huh.
19   Q. And we have Michael Thornton, is he a teacher in
20      your class -- in your school?
21      A. Yes, he is.
22   Q. Jesse Cohen?
23      A. Yes.
24   Q. Keith Michon?
25      A. Yes.

1   Q.  And they participated in the thread?
2   A.  Yes.
3   Q.  And could you, looking at these, could you
4       characterize what they were attempting to say to
5       Mrs. Camara?
6   A.  Jesse Cohen wrote that he thought Taryn's
7       posting, her account had been hacked because of
8       the content of the conversation.  So he asked her
9       if it was hacked, and she said no, and they were
10      engaged in a conversation.  Keith and Jessie and
11      Michael were engaged in a conversation with Taryn
12      about her comments, and they were disagreeing with
13      what was being said, and how it was being said,
14      and she was clarifying.  She clarified for Jessie
15      because he said he was confused.  And Keith said
16      that they were going to agree to disagree, that he
17      didn't agree with the comments.
18  Q.  You have to speak just a little slower.
19  A.  I'm sorry.  It was in relation to the comments,
20      and they were going back and forth trying to
21      rationalize why those comments were made.
22  Q.  One of the jobs of a principal is to hire
23      teachers?
24  A.  Yes.
25  Q.  Would you have hired Miss Camara after making that

1　　　　statement?
2　　　A. No.
3　　Q. And why is that?
4　　　A. Because those comments are in direct conflict
5　　　of what we stand for.  We're a school system.
6　　　We're about providing access to all kids and
7　　　having diverse staff and students, and that goes
8　　　against what we stand for.
9　　Q. How important is trust for teachers, trust with
10　　　the students and co-workers and the public in
11　　　general?
12　　　A. It's extremely important.  If we don't have
13　　　trusting relationships with co-workers and with
14　　　students and with parents and families, then we
15　　　don't give them an opportunity to share and work
16　　　out their needs and support them.  So I think
17　　　that's one of the things that we work hard at, is
18　　　building those relationships, and building trust
19　　　so that parents and students and colleagues have
20　　　people to go to.
21　　Q. And based on that statement, the trust factor with
22　　　respect to students, could you see an issue
23　　　whereby someone who has a very serious problem
24　　　would not go up to a teacher who expressed those
25　　　views?

1   A. He's the school's adjustment counselor.
2   Q. And does he get involved with all teachers and
3      faculty members? Is that Matt's position?
4   A. Yes, he offers SEL, or social emotional
5      support, to students as well as the adults. He
6      was a support system for people. He has been in
7      the building. He had close relationships with
8      staff, they go to him, and I asked him how were
9      people -- they didn't come to me directly because
10     we were in lockdown, and I had transitioned here,
11     but people were angry. He said people were angry.
12     As far as the comments, I think that everybody
13     felt awkward, not knowing what to say or do,
14     because it was one of their colleagues.
15  Q. Was there any disruption in the facility, in the
16     school?
17  A. Well, it definitely placed a negative light on
18     Kuss. It was in the media. It was out there that
19     it was one of our teachers, so of course we take
20     that personally, right? It's very hard not to
21     take that personally. So I received e-mails. Dr.
22     Malone received e-mail with screenshots from
23     people in the community, you know, saying that it
24     was a disgrace, that we had a person on staff that
25     was a racist, et cetera. So that's disruptive,

1   and that was disruptive toward the community that
2   we built.
3   Q. Disruptive to the teachers in the building also?
4   A. Yeah, they're part of the community.
5   Q. Miss Pontes, June 5th?
6   A. Yes.
7   Q. June 5, 2020?
8   A. Yes.
9   Q. You had a conversation with Mr. Coogan, and was
10  there any meeting set up -- well, strike that.
11  Did you have any discussion with anybody?  Did you
12  have a discussion with Miss Camara?
13  A. I actually did receive a phone call from Miss
14  Camara that day after I got home.  She called.
15  She was upset about what was going on, asked me if
16  I was aware of what was going on.  I told her,
17  Yes, I was, that screenshots were coming in, et
18  cetera, and that I was aware of the situation that
19  was going on.
20      She asked me, you know, what should she do.
21  I told her that I have spoken to Mr. Coogan; that
22  I had -- you know, that it was in his hands, that
23  I would find out.  She asked me if I had ever
24  dealt with something like that in my experience,
25  and I said, No, I have not, I'll consult with Mr.