# Fwd: New Message

**email: "mpontes@fallriverschools.org Maria Pontes"**      Monday, June 8, 2020 at 7:31:27 PM Eastern Daylight Time

To: email: "asaccoccia@fallriverschools.org Alyson Saccoccia", email: "amullarky@fallriverschools.org Andrea Mullarky", email: "bstpierre@fallriverschools.org Barbara St. Pierre", email: "bracine@fallriverschools.org Brendalee Racine", email: "cdurand@fallriverschools.org Caitlin Sullivan", email: "choude@fallriverschools.org Cara Houde", email: "cnunes@fallriverschools.org Carina Nunes", email: "cneves@fallriverschools.org Carlos Neves", email: "cmontle@fallriverschools.org Cathy Montle", email: "cfox@fallriverschools.org Charles Fox", email: "cwebb@fallriverschools.org Christina Webb", email: "chaines@fallriverschools.org Christopher Haines", email: "cpavao@fallriverschools.org Colleen Pavao", email: "claurianno@fallriverschools.org Corinne Laurianno", email: "claurianno@gmail.com Corinne Laurianno", email: "cynthiacabral@fallriverschools.org Cynthia Cabral", email: "dfitzgerald@fallriverschools.org Daniel Fitzgerald", email: "dcarpenter@fallriverschools.org David Carpenter", email: "dwhipp@fallriverschools.org David Whipp", email: "dbienvenue@fallriverschools.org Diane Bienvenue", email: "dtavares@fallriverschools.org Diane Tavares", email: "dtorres@fallriverschools.org Donna Torres", email: "esynan@fallriverschools.org Edward Synan", email: "econdon@fallriverschools.org Elizabeth Condon", email: "egoyette@fallriverschools.org Emily Goyette", email: "ehague@fallriverschools.org Emily Hague", email: "elowney@fallriverschools.org Erin Lowney", email: "garsenault@fallriverschools.org Gaby Arsenault", email: "ghaywood@fallriverschools.org George Haywood", email: "jlgray@fallriverschools.org Jason Gray", email: "jgreenwood@fallriverschools.org Jason Greenwood", email: "jsouza@fallriverschools.org Jason Souza", email: "jtreloar@fallriverschools.org Jay Treloar", email: "jdaley@fallriverschools.org Jelly Daley", email: "jpompetti@fallriverschools.org Jennifer Pompetti", email: "jrezendes@fallriverschools.org Jennifer Rezendes", email: "jdavid@fallriverschools.org Jerry David", email: "jcohen@fallriverschools.org Jesse Cohen", email: "jlatinville@fallriverschools.org Jill Latinville", email: "jmuratori@fallriverschools.org Jill Muratori", email: "jksilva@fallriverschools.org John Silva", email: "jmichael@fallriverschools.org Joseph Michael", email: "jmartin@fallriverschools.org Josh Martin", email: "jlepage@fallriverschools.org Joyce Lepage", email: "kmorris@fallriverschools.org Katherine Morris", email: "karossi@fallriverschools.org Katherine Rossi", email: "kmichon@fallriverschools.org Keith Michon", email: "kmachado@fallriverschools.org Krystal Machado", email: "lwilliams@fallriverschools.org Laurenn Williams", email: "llawrence@fallriverschools.org Leonora Lawrence", email: "lisacote@fallriverschools.org Lisa Cote", email: "lbahry@fallriverschools.org Luke Bahry", email: "mcharest@fallriverschools.org Marc Charest", email: "mkrego@fallriverschools.org Marcia Rego", email: "mdoherty@fallriverschools.org Margaret Doherty", email: "mpontes@fallriverschools.org Maria Pontes", email: "mesilva@fallriverschools.org Mary Silva", email: "msakell@fallriverschools.org Matt Sakell", email: "masilva@fallriverschools.org Matthew Silva", email: "mhague@fallriverschools.org Meghan Hague", email: "melmedeiros@fallriverschools.org Melanie Medeiros", email: "mmetivier@fallriverschools.org Michael Metivier", email: "mthornton@fallriverschools.org Michael Thornton", email: "miborges@fallriverschools.org Michelle Borges", email: "mmarsella@fallriverschools.org Michelle Marsella", email: "nlaprise@fallriverschools.org Nicole Laprise", email: "nharris@fallriverschools.org Nora Harris", email: "ogallagher@fallriverschools.org Owen Gallagher", email: "pchilabato@fallriverschools.org Patrick Chilabato", email: "pchapmanalves@gmail.com Paul Chapman-Alves", email: "psouza@fallriverschools.org Penny souza", email: "pmedeiros@fallriverschools.org Philip Medeiros", email: "rgrande@fallriverschools.org Rachel Grande", email: "rkoy@fallriverschools.org Ralph Koy", email: "rrosow@fallriverschools.org Rebecca Rosow", email: "rthorpe@fallriverschools.org Robin Thorpe", email: "rferreira@fallriverschools.org Ronda Ferreira", email: "rreis@fallriverschools.org Rosemary Reis", email: "schapin@fallriverschools.org Sarah Chapin", email: "sgiarrusso@fallriverschools.org Shana Giarrusso", email: "spuopolo@fallriverschools.org Sharon Puopolo", email: "sdykeman@fallriverschools.org Shleby Dykeman", email: "schhean@fallriverschools.org Soklim Chhean", email: "sarnold@fallriverschools.org Sondra Arnold", email: "ssoares@fallriverschools.org Stephen Soares", email: "tcamara@fallriverschools.org Taryn Camara", email: "tsilva@fallriverschools.org Trinough Silva", email: "vmedeiros@fallriverschools.org Valerie Medeiros", email: "wbradbury@fallriverschools.org Wendy St. Yves", email: "washton@fallriverschools.org William Ashton", email: "wbrown@fallriverschools.org William Brown"

Cc: email: "president@fallrivereducators.org Rebecca Cusick (president@fallrivereducators.org)", email: "tcoogan@fallriverschools.org Thomas Coogan", email: "mmalone@fallriverschools.org Matthew Malone"

Hi Folks,

Hope you are all doing well. Please see the message from Rebecca Cusick.

Thanks,
Maria

**Maria Pontes, Principal**
**Matthew J. Kuss Middle School**
**52 Globe Mills Avenue**
**Fall River, MA 02724**
**508-675-8335**
mpontes@fallriverschools.org

*"Be the change you wish to see in the world" ~ Gandhi*

---------- Forwarded message ---------
From: <president@fallrivereducators.org>
Date: Mon, Jun 8, 2020 at 7:23 PM
Subject: New Message
To: Maria Pontes <mpontes@fallriverschools.org>

Hi Everyone,

Many of you are aware that a colleagues at Kuss is on administrative leave while there is an investigation into certain social media posts on a personal Facebook page. The situation is serious, but the FREA is committed to representing the member throughout the process.

I want you to know that given the current political climate, this situation has taken on a life of it's own. News outlets are carrying the story and people are sharing it via social media. The administration and the School Committee have received numerous angry emails and calls demanding they take action. These people have no understanding of how wonderful your school community truly is.

I know how frustrating it is to see negative comments about your colleague, your school, and your profession. As tempting as it is to comment on these posts, I ask you to refrain. No matter how well intended, comments can be twisted. There are people out there who thrive on negativity and will look to manipulate what is said to fuel the controversy. I also ask that you not share any articles or posts about the story. Our schools, and this teacher and their family, do not need to be subjected to any more negativity at this time.

Please understand that this member cannot discuss anything related to the investigation, although I know some of you want to express your support. Hopefully this will be concluded in the near future and you can resume communicating as normal. Keep doing the great work you always do and hang tight.

Rebecca

*Rebecca Cusick*
FREA President
178 Fourth St.
Fall River, MA 02721

508-679-4392

We are challenged to rise above the narrow confines of our individualistic concerns to the broader concerns of all humanity. Martin Luther King Jr.